# EXHIBIT 7B



Confidential Treatment Request by FINRA

F_000010



Confidential Treatment Request by FINRA

F_000016



Confidential Treatment Request by FINRA

F_000018

**ABSA** — ABSA Bank Limited/Beperk (Reg. No. 1986/004794/06)   Member of die Lid van die **BARCLAYS** Group/Groep

**DEPOSIT SLIP/DEPOSITOSTROKIE**

Credit/Krediteer: V U Crafford

Paid in by/Inbetaal deur: ESTERHUIZEN E

Signature/Handtekening: [signature]

Drawer's name/Trekkers se naam: ABSA Cheque

Date/Datum: [illegible]

I ACCEPT THE CONDITIONS PRINTED ON THE REVERSE / EK AANVAAR DIE VOORWAARDES OP KEERSY GEDRUK

Total/Totaal: R 1,875.00

Dep reference/Dep-verwysing: ESTERHUIZEN E

Acc no/Rek-no: [redacted]

Confidential Treatment Request by FINRA

F_000053

**ABSA**
ABSA Bank Limited/Beperk (Reg. No. 1986/004794/06)

Member of the Lid van die **BARCLAYS** Group Groep

DEPOSIT SLIP/DEPOSITOSTROKIE

Credit / Krediteer: VU CRAFFORD
Date / Datum: 27/8/13

Paid in by / Inbetaal deur: _____
Signature / Handtekening: _____
Tel ( ) _____
Drawer's name / Trekkers se naam: _____

Notes/Note: _____
Coins/Munte: _____
MO/PW and/en PO: _____
Subtotal/Subtotaal: _____
Bank: _____
Branch name/Clearing code / Taknaam/Verrek-kode: _____

Stamp: ABSA 2013-08-27 T04/8654 62-44-34

I ACCEPT THE CONDITIONS PRINTED ON THE REVERSE
EK AANVAAR DIE VOORWAARDES OP KEERSY GEDRUK

Total / Totaal: R 1 330 . 00

Authorised Financial Services Provider/Gemagtigde Finansieledienste verskaffer

Authorised by / Goedgekeur deur: _____
Authority no / Magtigingsno: _____
Acc no/Rek no: [REDACTED]

Dep reference / Dep verwysing: EPICURE CHARCOAL INC
M.S KRUGER

Confidential Treatment Request by FINRA

F_000083



Confidential Treatment Request by FINRA

F_000097





Confidential Treatment Request by FINRA



Confidential Treatment Request by FINRA

F_000111



Confidential Treatment Request by FINRA

F_000113



Confidential Treatment Request by FINRA

F_000135



Confidential Treatment Request by FINRA



Confidential Treatment Request by FINRA

F_000160



Confidential Treatment Request by FINRA

F_000162

