# EXHIBIT 7C



ABSA

Member of / Lid van BARCLAYS

CLIENT TRANSACTION RECORD

KLIËNT-TRANSAKSIEREKORD

Account number/Rekeningnommer

30 AUG 2013 14:41:02 [redacted]

CD ************1,260.00

MNR VU CRAFFORD

REFERENCE NUMBER EPICURE CHARCOAL INC

0082 000000553 R 000,000,000.00

S/N: R000,006,380.00

ABSA Bank Limited/Beperk Reg. No. 1986/004794/06
BLOEMFONTEIN CHEQ PROC UNIT
2013 -08- 30
TELLER 1 / 8618
62 - 44 - 34

Deposit reference number (applicable to deposits)
Deposito-verwysingsnommer (op deposito's van toepassing)

[redacted]

Thank you for being our client — Dankie dat u ons kliënt is

A.M. KENYAMO

Absa Bank Limited/Beperk Reg no 1986/004794/06 — Absa 5266 BX (Online) (25/04/2013)
Authorised Financial Services Provider/Gemagtigde Finansiëledienstеverskaffer Registered Credit Provider/Geregistreerde Kredietverskaffer Reg no NCRCP7







ABSA

Member of / Lid van
BARCLAYS

CLIENT
TRANSACTION RECORD

KLIENT-
TRANSAKSIEREKORD

Account number/Rekeningnommer

30 AUG 2013 14:38:41 [redacted]
CD ************1,260.00

MNR VU CRAFFORD

REFERENCE NUMBER EPICURE CHARCOAL INC
0080 000000551 R 000,008,900.00

R100: R000,008,900.00 89

ABSA
Bank Limited/Beperk
Reg. No. 1986/004794/06
BLOEMFONTEIN CHEQ PROC UNIT
2013 -08- 30
TELLER 1 / 8618
62 - 44 - 34

Deposit reference number (applicable to deposits)
Deposito-verwysingsnommer (op deposito's van toepassing)
[redacted]

MR. MALEFANE

Thank you for being our client

Dankie dat u ons kliënt is

Absa Bank Limited/Beperk Reg no 1986/004794/06
Authorised Financial Services Provider/Gemagtigde Finansiëlediensteverskaffer Registered Credit Provider/Geregistreerde Kredietverskaffer Reg no NCRCP7

Absa 5266 BX (Online) (25/04/2013)



ABSA

Member of / Lid van
BARCLAYS

CLIENT TRANSACTION RECORD

KLIËNT-TRANSAKSIEREKORD

Account number/Rekeningnommer

30 AUG 2013 14:44:50 [redacted]
CD ************1,260.00

MNR VU CRAFFORD

REFERENCE NUMBER EPICURE CHARCOAL INC
0086 000000557 R 000,000,000.00

S/N: R000,001,340.00

ABSA
Bank Limited/Beperk
Reg. No. 1986/004794/06
BLOEMFONTEIN CHEQ PROC UNIT
2013 -08- 30
TELLER 1 / 8618
62 - 44 - 34

Deposit reference number (applicable to deposits)
Deposito-verwysingsnommer (op deposito's van toepassing)

[redacted]

Thank you for being our client
DW - MTHUKWANE
Dankie dat u ons kliënt is

Absa Bank Limited/Beperk Reg no 1986/004794/06 Absa 5266 BX (Online) (25/04/2013)
Authorised Financial Services Provider/Gemagtigde Finansiëlediensteverskaffer Registered Credit Provider/Geregistreerde Kredietverskaffer Reg no NCRCP7

ABSA

Member of / Lid van
BARCLAYS

CLIENT
TRANSACTION RECORD

KLIENT-
TRANSAKSIEREKORD

Account number/Rekeningnommer

30 AUG 2013 14:43:40 [redacted]
CD ************1,260.00

MNR VU CRAFFORD

REFERENCE NUMBER EPICURE CHARCOAL INC
0085 000000556 R 000,000,000.00

S/N: R000,002,600.00

ABSA Bank Limited/Beperk Reg. No. 1986/004794/06 BLOEMFONTEIN CHEQ PROC UNIT
2013 -08- 30
TELLER 1 / 8618
62 - 44 - 34

Deposit reference number (applicable to deposits)
Deposito-verwysingsnommer (op deposito's van toepassing)

[redacted]

Thank you for being our client

Dankie dat u ons kliënt is

J. I. QOPANE

Absa Bank Limited/Beperk Reg no 1986/004794/06
Absa 5266 BX (Online) (25/04/2013)
Authorised Financial Services Provider/Gemagtigde Finansiëledienste verskaffer Registered Credit Provider/Geregistreerde Kredietverskaffer Reg no NCRCP7



