# EXHIBIT 16

**From:** Steven Connoly <microcapstrategies@outlook.com>
**To:** "natalie.bannister@att.net" <natalie.bannister@att.net>
**Subject:** FW: EPCC and SRKB
**Received(Date):** Mon, 22 Sep 2014 11:19:10 -0400

epcc.doc
SRKB Tear Sheet.pdf

Here are the 2 shells you are looking for.

EPCC delivers 100% but not DTC

SRKB delivers 98%

# **CORPORATE PROFILE**

Formation:          Nevada Corporation – incorporated in January 21, 2012

Industry            Charcoal distribution

Fully Reporting:    Yes

Offering / Registration: Form S-1

Authorized Shares:  75,000,000 common shares, par value $0.001

Warrants Out: None / Options Out: None

Current Cap Structure:

    Common: 5,147,042 (fully issued and diluted)

    Free : 147,042

    Preferred: None

Traded: NASD Bulletin Board

Quoted: BID / ASK   (not currently applicable)

Market Maker(s):    Yes     Wholesale: 1 / Retail: 0

Transfer Agent:     yes

Legal Opinion(s):   Yes (S1 and 15c211)

Dividends:          None

Current Fiscal Year: September 30

Good Standing:      Yes / Current

Legal Problems:     Past: None / Present: None

Assets:             Less than $7,000.00

Liabilities:        Less than $17,000.00 (forgivable)

Blue Sky Exempt:    No     Who?   N/A

Audit Current:      Yes

Number of Shareholders: Approximately 38

### Stark Beneficial , Inc.
Information Sheet

|  |  |
|---:|:---|
| Company Name | Stark Beneficial , Inc. |
| Symbol | SRKB |
| State of Incorporation | Delaware |
| Date of Incorporation | April 20, 1984 |
| Trading | Yes |
| Exchange | OTCBB/OTCQB |
| Market Makers | Five; CSTI, CDEL, ETRD, NITE, ATDF |
| Par Value | $.001 |
| Current Bid | $.0015 |
| Piggyback Qualified | Yes |
| DTC Eligible | Yes, No Chills |
| SEC Reporting | Yes, Current |
| Corporation Status | Good Standing |
| Transfer Agent | Cleartrust |
| Assets and Liabilities | None |
| CUSIP | 655610202 |
| Federal EIN | 93-0873541 |
| Issues | Common & Preferred |
| Common Stock Authorized | 300,000,000 |
| Common Stock Outstanding | 2,379,447 |
| Preferred Stock Authorized | 20,000,000 |
| Preferred Stock Outstanding | 5,000,000 Series B Pfd. (convertible at 10-1 into 50,000,000 common) |
| Shareholders | 312 |
| Float | 279,447 |
| Shares Deliverable | 2,100,000 common and 5,000,000 Series B Pfd. (99.5%) |

Note: Company's current SEC attorney will draft subsequent merger documents , Super 8-K as well as a follow-on S-1 Registration Statement at no additional cost. Upon conversion of the Pfd. Shares into common the total outstanding will be 52,379,447 shares common and control block will be 52,100,000 shares common (99.5%). All control certificates are more than 12 months old. This is not a Footnote 32 or Manufactured Shell . Post-closing technical support is also available from seller.

**READ THE FOLLOWING CAREFULLY**
The information provided in the following report is   **CONFIDENTIAL**  and should not be interpreted as an offer to sell a security. This report is provided strictly for introductory purposes. The information contained herein cannot be guaranteed for completeness and/or accuracy and should not be considered as a replacement or substitute for conducting ind    ependent and extensive due diligence. The Company, its officers, directors and/or assignees assumes no liability for the information contained herein. The  recipient of this information  may not rely on  the Company,  or any of its affiliates, with respect to the recipient's use of such information or any subsequent decision to engage in a transaction.