# EXHIBIT 17

**To:** 'alex@epicurecharcoal.com'[alex@epicurecharcoal.com]
**Cc:** 'Michelle White Janshen'[michelle@columbiastock.com]
**From:** OTC Corporate Actions
**Sent:** Thur 2/12/2015 2:11:56 PM
**Importance:** Normal
**Subject:** FINRA Confirmation of Corporate Actions- Epicure Charcoal, Inc. (EPCC)

**The 273:1 Forward Split Payable Upon Surrender of Epicure Charcoal, Inc. (EPCC)** will be announced **2/12/2015** on our Daily List.

This corporate action will take effect at the open of business **2/13/2015**. The new symbol will be **EPCCD.** The D will be removed in 20 business days

Raj Jaghai

FINRA- Corporate Actions

9509 Key West Avenue

Rockville, MD 20850

Operations:  866.776.0800

Fax :  202.689.3533

otccorpactions@finra.org


**From:** OTC Corporate Actions
**Sent:** Thursday, February 12, 2015 8:46 AM
**To:** 'alex@epicurecharcoal.com'
**Cc:** 'Michelle White Janshen'
**Subject:** REVISED FINRA Confirmation Request of Corporate Actions- Epicure Charcoal, Inc. (EPCC)


Please be advised that FINRA has received the necessary documentation to announce the below listed corporate action for **Epicure Charcoal, Inc. (EPCC) and  Columbia Stock Transfer** and is requesting  action **Epicure Charcoal, Inc. (EPCC) and  Columbia Stock Transfer** confirm that the following information relating to the pending corporate action is accurate.

Description of Corporate Action:

- **273:1 Forward Split Payable Upon Surrender**
- **Pre-Split: 367,039**
- **Post-Split: 100,201,647**
- **New CUSIP: 29429A208**
- **Effective Date: 02/13/2015**

Please note that confirmation is requested from both action **Epicure Charcoal, Inc. (EPCC) and Columbia Stock Transfer.** Additionally, confirmations received after 12:30pm EST will be processed on the next business day.

Transfer Agent responsible to process corporate action :   **Columbia Stock Transfer**

When shares will be available to Transfer Agent : **02/13/2015**

**Please confirm that the new shares have not been paid out by the Transfer Agent.  If the new shares have been paid out, please provide the date and an explanation.**

*If there is a balance due for this corporate action, please submit payment as soon*

*as possible.*

For a reverse or forward split, a "D" will be placed on the ticker symbol for 20 business days.

Beginning March 14, 2011, issuers, American Depositary Receipt (ADR) depositary banks and other parties that provide notice of company-related actions to FINRA under Rule 6490 must use a new electronic system to provide such notice to FINRA. As of this effective date, FINRA will no longer accept paper copies of the Company-Related Action Notification Forms.

The new electronic Company-Related Action Forms will be available on March 14, 2011, via www.finra.org/upc/forms.

The text of FINRA Rule 6490 is available on FINRA's website

Raj Jaghai

FINRA- Corporate Actions

9509 Key West Avenue

Rockville, MD 20850

Operations:  866.776.0800

Fax :  202.689.3533

otccorpactions@finra.org

**From:** OTC Corporate Actions
**Sent:** Wednesday, February 11, 2015 9:49 AM
**To:** 'alex@epicurecharcoal.com'

Cc: 'Michelle White Janshen'
Subject: FINRA Confirmation Request of Corporate Actions- Epicure Charcoal, Inc. (EPCC)

Please be advised that FINRA has received the necessary documentation to announce the below listed corporate action for **Epicure Charcoal, Inc. (EPCC) and Columbia Stock Transfer** and is requesting action **Epicure Charcoal, Inc. (EPCC) and Columbia Stock Transfer** confirm that the following information relating to the pending corporate action is accurate.

Description of Corporate Action:

- **273:1 Forward Split Payable Upon Surrender**
- **Pre-Split: 367,039**
- **Post-Split: 100,201,647**
- **New CUSIP: 29829A208**
- **Effective Date: 02/13/2015**

Please note that confirmation is requested from both action **Epicure Charcoal, Inc. (EPCC) and Columbia Stock Transfer.** Additionally, confirmations received after 12:30pm EST will be processed on the next business day.

Transfer Agent responsible to process corporate action : **Columbia Stock Transfer**

When shares will be available to Transfer Agent : **02/13/2015**

**Please confirm that the new shares have not been paid out by the Transfer Agent.  If the new shares have been paid out, please provide the date and an explanation.**

*If there is a balance due for this corporate action, please submit payment as soon as possible.*

For a reverse or forward split, a "D" will be placed on the ticker symbol for 20 business days.

Beginning March 14, 2011, issuers, American Depositary Receipt (ADR) depositary banks and other parties that provide notice of company-related actions to FINRA under Rule 6490 must use a new electronic system to provide such notice to FINRA. As of this effective date, FINRA will no longer accept paper copies of the Company-Related Action Notification Forms.

The new electronic Company-Related Action Forms will be available on March 14, 2011, via www.finra.org/upc/forms.

The text of FINRA Rule 6490 is available on FINRA's website

Raj Jaghai

FINRA- Corporate Actions

9509 Key West Avenue

Rockville, MD 20850

Operations:  866.776.0800

Fax :  202.689.3533

otccorpactions@finra.org


**From:** OTC Corporate Actions
**Sent:** Monday, February 09, 2015 9:20 AM
**To:** 'alex@epicurecharcoal.com'
**Subject:** RE: FINRA Preliminary Review of Corporate Actions- Epicure Charcoal, Inc. (EPCC)


The shareholders list provided lists 5,147,043 common stock outstanding. However, the issuer and TA form lists 367,039 TSO. Please clarify the discrepancy.


Raj Jaghai

FINRA- Corporate Actions

9509 Key West Avenue

Rockville, MD 20850

Operations:  866.776.0800

Fax :  202.689.3533

otccorpactions@finra.org


**From:** OTC Corporate Actions
**Sent:** Friday, February 06, 2015 9:36 AM
**To:** 'alex@epicurecharcoal.com'
**Subject:** RE: FINRA Preliminary Review of Corporate Actions- Epicure Charcoal, Inc. (EPCC)

This document needs to come directly from TA as it does not appear to have any identifying characteristics that it was prepared by the TA.

Raj Jaghai

FINRA- Corporate Actions

9509 Key West Avenue

Rockville, MD 20850

Operations:  866.776.0800

Fax :  202.689.3533

otccorpactions@finra.org


**From:** alex@epicurecharcoal.com [mailto:alex@epicurecharcoal.com]
**Sent:** Friday, February 06, 2015 12:03 AM
**To:** OTC Corporate Actions
**Subject:** RE: FINRA Preliminary Review of Corporate Actions- Epicure Charcoal, Inc. (EPCC)

Hi Raj

Here with the updated shareholders list as per your request.

Alex W. Robertson

President: Epicure Charcoal, INC.

Telephone 1-775-321-8228

Fax 1-775-306-8587

-------- Original Message --------
Subject: RE: FINRA Preliminary Review of Corporate Actions- Epicure Charcoal, Inc. (EPCC)
From: OTC Corporate Actions <otccorpactions@finra.org>
Date: Tue, February 03, 2015 2:40 pm
To: "'alex@epicurecharcoal.com'" <alex@epicurecharcoal.com>

The request is to evidence that the majority shareholder on the day of the consent had verifiable number of shares to be considered majority and would be evidenced by the shareholders list on the day of the consent.



It states Alex Robertson is the owner of 5,000,000 shares of common stock and thus should be reflected by a shareholders list of the identical date of the consent.



Raj Jaghai

FINRA- Corporate Actions

9509 Key West Avenue

Rockville, MD 20850

Operations:  866.776.0800

Fax :  202.689.3533

otccorpactions@finra.org


From: alex@epicurecharcoal.com [mailto:alex@epicurecharcoal.com]
Sent: Tuesday, February 03, 2015 4:29 PM
To: OTC Corporate Actions
Subject: RE: FINRA Preliminary Review of Corporate Actions- Epicure Charcoal, Inc. (EPCC)

Raj Jaghai

We do not understand the nature of your request. The date of the shareholder "consent" or resolution is February 4, 2014. We have no shareholder list as of that date. Furthermore, a shareholder list of that date would not reflect the Share Redemption resolution and agreement dated February 6, 2014, provided to you.

Regards

Alex W. Robertson

President: Epicure Charcoal, INC.

Telephone 1-775-321-8228

Fax 1-775-306-8587

-------- Original Message --------
Subject: RE: FINRA Preliminary Review of Corporate Actions- Epicure Charcoal, Inc. (EPCC)
From: OTC Corporate Actions <otccorpactions@finra.org>
Date: Tue, February 03, 2015 6:58 am
To: "'alex@epicurecharcoal.com'" <alex@epicurecharcoal.com>

The shareholder list should be the same date as the shareholder consent for the requested corporate action.

Raj Jaghai

FINRA- Corporate Actions

9509 Key West Avenue

Rockville, MD 20850

Operations:  866.776.0800

Fax : 202.689.3533

otccorpactions@finra.org

**From:** alex@epicurecharcoal.com [mailto:alex@epicurecharcoal.com]
**Sent:** Monday, February 02, 2015 4:21 PM
**To:** OTC Corporate Actions
**Subject:** RE: FINRA Preliminary Review of Corporate Actions- Epicure Charcoal, Inc. (EPCC)

Hi Raj Jaghai

Attached please see the shareholder list for Epicure Charcoal, Inc. I believe this is the only outstanding item for the Company related Action Notification Form.

Regards

Alex W. Robertson

President: Epicure Charcoal, INC.

Telephone 1-775-321-8228

Fax 1-775-306-8587

> -------- Original Message --------
> Subject: RE: FINRA Preliminary Review of Corporate Actions- Epicure Charcoal, Inc. (EPCC)
> From: <alex@epicurecharcoal.com>
> Date: Tue, January 20, 2015 2:32 pm
> To: "OTC Corporate Actions" <otccorpactions@finra.org>
> Cc: "Ron McIntyre" <rsm1636@telus.net>

Raj Jaghai

For items 1, apologies for not listing our Corporate Secretary. Minutes regarding the appointment of the Company Secretary are attached. My appointment (Alex Robertson) as director and officer occurred at the time of forming the Company, therefore no such documents exist. There were no related SEC filings.

For item 2, please see the response to item 1. The appointment of Alex Robertson as director and officer occurred upon inception of the Company, therefore no such documents exist. There were no related SEC filings.

For Item 3, there have been no resignations therefore such documentation does not exist.

For item 4, we will forward to our transfer agent.

For item 5, you have received a copy of the CUSIP confirmation. I will send it again – see attachments

For item 6, we will contact our transfer agent and send a shareholders list

For item 7, yes the Issuer is current with its filings.

Alex W. Robertson

President: Epicure Charcoal, INC.

Telephone 1-775-321-8228

Fax 1-775-306-8587


-------- Original Message --------
Subject: FINRA Preliminary Review of Corporate Actions- Epicure Charcoal, Inc. (EPCC)
From: OTC Corporate Actions <otccorpactions@finra.org>
Date: Tue, January 20, 2015 9:41 am
To: "'alex@epicurecharcoal.com'" <alex@epicurecharcoal.com>

FINRA has received your form submitted on behalf of the above mentioned company for a 273-1 forward split request.

Please respond to this email with the requested information outlined below.  The omission of material information or failure to provide the required documentation will cause certain delay in completing the corporate action in the market place.   If the requested information is not submitted within 90 calendars days from the date of this request, your firm's submission will be considered lapsed and the file will be closed with no further action.

If the corporate action request involves a distribution, please do not distribute any shares to shareholders until the company and the transfer agent receive FINRA notification that the corporate action has been processed.

At this time, the following items are required to move forward with the requested action:


1.   The appointment(s) of the officer(s) listed on the Issuer Notification Form.  This may be submitted in the following format:

a.   Executed resolutions appointing the current officers

b.   Filings previously made to the SEC, such as an 8-K



2.   The appointment(s) of the Board of Director(s) that signed the executed and notarized Board resolution.  This may be submitted in the following format:

SEC-COL-E-0003083

    a.    Executed resolutions appointing the Board of Director(s)

    b.    Filings previously made to the SEC, such as an 8-K

3.    The resignation(s) of the officer(s) that served prior to those listed on the Issuer Notification Form.  This may be submitted in the following format:

    a.    Executed resignations letters from the prior officers

    b.    Filings previously made to the SEC, such as an 8-K

4.    Transfer Agent Verification Form (see link below). This document should be filled out, executed, and submitted by your Transfer Agent.

TA verification form can be accessed here: <u>Transfer Agent Verification Form</u>

5.    Confirmation of the new CUSIP number. This number can be obtained by contacting the CUSIP Service Bureau at 212-438-6565.  The receipt received by CSB must be forwarded.

·    Confirm the current CUSIP will be suspended upon market effectiveness of the corporate action. **Please note:** current CUSIP should not be suspended until shortly before requested corporate action is announced.

6.    Please provide a copy of the shareholders list which includes a legend that details the number, percentage, and type of stock owned (i.e., free trading and/or restricted shares).

7.    Please clarify if the issuer I current in SEC filings.

If the company intends for this security to become or remain DTC eligible, click the following link for more information: http://www.stai.org/pdfs/issuer-agent_corp_action_flyer.pdf[stai.org]

Please be advised that FINRA Rule 6490 (Processing of Company-Related Actions) has been approved by the Securities and Exchange Commission.  The Rule clarifies FINRA's scope of authority when processing documents related to Announcements for Company-Related Actions for Non-Exchange Listed Securities and to implement fees for such services. For additional information, please see Regulatory Notice 10-38.

The complete text of FINRA Rule 6490 can be found here:  FINRA Rule 6490[finra.complinet.com]

The company's request may go through a lengthy review process. We ask for your patience and understanding during this time.   If there is a balance due for this corporate action, please submit payment as soon as possible.

If you have any questions regarding this submission, please feel free to contact me via email at the address listed below.

Raj Jaghai

FINRA- Corporate Actions

9509 Key West Avenue

Rockville, MD 20850

Operations:  866.776.0800

Fax :  202.689.3533

otccorpactions@finra.org

Confidentiality Notice:: This email, including attachments, may include non-public, proprietary, confidential or legally privileged information. If you are not an intended recipient or an authorized agent of an intended recipient, you are hereby notified that any dissemination, distribution or copying of the information contained in or transmitted with this e-mail is unauthorized and strictly prohibited. If you have received this email in error, please notify the sender by replying to this message and permanently delete this e-mail, its attachments, and any copies of it immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you.

Confidentiality Notice:: This email, including attachments, may include non-public, proprietary, confidential or legally privileged information. If you are not an intended recipient or an authorized agent of an intended recipient, you are hereby notified that any dissemination, distribution or copying of the information contained in or transmitted with this e-mail is unauthorized and strictly prohibited. If you have received this email in error, please notify the sender by replying to this message and permanently delete this e-mail, its attachments, and any copies of it immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you.

Confidentiality Notice:: This email, including attachments, may include non-public, proprietary, confidential or legally privileged information. If you are not an intended recipient or an authorized agent of an intended recipient, you are hereby notified that any dissemination, distribution or copying of the information contained in or transmitted with this e-mail is unauthorized and strictly prohibited. If you have received this email in error, please notify the sender by replying to this message and permanently delete this e-mail, its attachments, and any copies of it immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you.

Confidentiality Notice:: This email, including attachments, may include non-public, proprietary, confidential or legally privileged information. If you are not an intended recipient or an authorized agent of an intended recipient, you are hereby notified that any dissemination, distribution or copying of the information contained in or transmitted with this e-mail is unauthorized and strictly prohibited. If you have received this email in error, please notify the sender by replying to this message and permanently delete this e-mail, its attachments, and any copies of it immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you.

SEC-COL-E-0003087