# EXHIBIT 19

**To:** Michelle White Janshen[michelle@columbiastock.com]
**Cc:** Alex Robertson[walexrobertson@gmail.com]
**From:** Ron McIntyre
**Sent:** Tue 2/17/2015 2:00:21 PM
**Importance:** Normal
**Subject:** DTC Eligibility - Epicure Charcoal

Hi Michelle,

For Epicure's DTC Eligibility, we will need to submit 1) a PDF of Front and Back of a free trade specimen Certificate – from transfer agent and 2) Transfer Agent Attestation Form.

Thanks in Advance for your help,

Regards,

Ron
604 726-0640

SEC-COL-E-0001923