# EXHIBIT 20

| | |
|---|---|
| **To:** | Martey, Wilson B.[wmartey@dtcc.com] |
| **From:** | Michelle White Janshen |
| **Sent:** | Fri 3/13/2015 1:55:47 PM |
| **Importance:** | **Normal** |
| **Subject:** | Re: FW: Epicure Charcoal Inc - TAC Questionnaire |

image001.jpg
fees for brokers and shareholders 1-1-15.doc

Issue Name: **Epicure Charcoal Inc.**

CUSIP: **29429A208**

TRANSFER AGENT VERIFICATION                    YES    NO    N/A

1. Confirm Transfer Agent Name: Columbia Stock Transfer Company TA0538

2. Any Ownership or Transfer Restrictions?     No

3. Any Dividends Payment?     no

4. Is there an auto-reinvestment option?     no

5. Any Fractional Shares?     no

6. What is your Transfer Agent Number?     0538

7. Is this a FAST Issue?   Non Fast

8. How much is the Transfer Fee?        Attached

Note: Ownership Restriction: relates to Real Estate issue, Gaming issues, Maritime issues or Communication issues.

Note: Transfer Restriction refers to 144As Reg. S or IAI (Institutional Accredited Investor)

**Please be advised, that the CUSIP cannot be made eligible without the required information**

On Fri, Mar 13, 2015 at 8:13 AM, Martey, Wilson B. <wmartey@dtcc.com> wrote:

> Hello Michelle,
>
> Please respond to below questionnaire to make the CUSIP eligible.
>
> Regards.
>
> Ben W. Martey
>
> Specialist, Underwriting Department
>
> Global Operations & Client Services
>
> DTCC Tampa
>
> Direct: 813-470-1073| wmartey@dtcc.com
>
> Fax: 813-470-1037

cid:image002.jpg@01CF111C.3642D5E0

*Visit us at www.dtcc.com or follow us on Twitter @The_DTCC and on LinkedIn.*

*To learn about career opportunities at DTCC, please visit dtcc.com/careers.*

DTCC Confidential (Yellow)

**From:** Martey, Wilson B.
**Sent:** Thursday, March 05, 2015 10:36 AM
**To:** 'michelle@columbiastock.com'
**Subject:** Epicure Charcoal Inc - TAC Questionnaire

Hello Michelle,

In order to make below CUSIP eligible, please provide and confirm information to the attached questionnaire.

Issue Name: **Epicure Charcoal Inc.**

CUSIP: **29429A208**

TRANSFER AGENT VERIFICATION

YES
NO      N/A

1. Confirm Transfer Agent Name:

2. Any Ownership or Transfer Restrictions?

3. Any Dividends Payment?

4. Is there an auto-reinvestment option?

5. Any Fractional Shares?

6. What is your Transfer Agent Number?

7. Is this a FAST Issue?

8. How much is the Transfer Fee?

Note: Ownership Restriction: relates to Real Estate issue, Gaming issues, Maritime issues or Communication issues.

Note: Transfer Restriction refers to 144As Reg. S or IAI (Institutional Accredited Investor)

**Please be advised, that the CUSIP cannot be made eligible without the required information**

SEC-COL-E-0004051

Regards.

Ben W. Martey

Specialist, Underwriting Department

Global Operations & Client Services

DTCC Tampa

Direct: 813-470-1073| wmartey@dtcc.com

Fax: 813-470-1037

cid:image002.jpg@01CF111C.3642D5E0

Visit us at www.dtcc.com or follow us on Twitter @The_DTCC and on LinkedIn.

To learn about career opportunities at DTCC, please visit dtcc.com/careers.

DTCC Confidential (Yellow)

DTCC DISCLAIMER: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify us immediately and delete the email and any attachments from your system. The recipient should check this email and any attachments for the presence of viruses.  The company accepts no liability for any damage caused by any virus transmitted by this email.

--

Michelle White Janshen, President
Columbia Stock Transfer Company
1869 E Seltice Way #292
Post Falls, ID 83854
208-777-8998
Fax: 855-664-3544
Skype: columbiastock
or Michelle@columbiastock.com

We accept credit cards!

*Ask us about DWAC services, Proxy Solicitations, and mailings.*

Please note Columbia Stock Transfer Company does charge a fee for stock transfers. Please email Michelle or go to www.columbiastock.com if you have any questions about our fees. Thank you.

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify us immediately and delete the email and any attachments from your system. The recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.