# EXHIBIT 21

**To:** alex[alex@epicurecharcoal.com]
**From:** Michelle White Janshen
**Sent:** Fri 3/13/2015 4:09:27 PM
**Importance:** Normal
**Subject:** Fwd: Epicure Charcoal DTC Application
image001.jpg

DTC confirmation

---------- Forwarded message ----------
From: **Older Issue Request/DTCC** <Older_Issue_Request@dtcc.com>
Date: Fri, Mar 13, 2015 at 12:38 PM
Subject: RE: Epicure Charcoal DTC Application
To: "lauram@koonce.net" <lauram@koonce.net>
Cc: "michelle@columbiastock.com" <michelle@columbiastock.com>


Hi Laura,


The CUSIP is full-service eligible.


Regards.


Ben W. Martey

Specialist, Underwriting Department

Global Operations & Client Services

DTCC Tampa

Direct: 813-470-1073| wmartey@dtcc.com

Fax: 813-470-1037


cid:image002.jpg@01CF111C.3642D5E0

*Visit us at www.dtcc.com or follow us on Twitter @The_DTCC and on LinkedIn.*

*To learn about career opportunities at DTCC, please visit dtcc.com/careers.*

DTCC Confidential (Yellow)

**From:** Laura Murphy [mailto:lauram@koonce.net]
**Sent:** Tuesday, March 03, 2015 2:00 PM
**To:** Martey, Wilson B.
**Cc:** Older Issue Request/DTCC
**Subject:** Epicure Charcoal DTC Application

Hello Ben:

Koonce Securities, DTC member #0712, is submitting an application for Epicure Charcoal. Inc. to be made eligible for DTC Services. In connection with such application, attached please find the following supporting documents:

DTC application

Agent Attestation

FINRA Ltr

Copy of Stk Certificate

S-1A

SEC Effectiveness Notice

10-K

Please feel free to contact me with any questions. Thanks in advance for your help.

Regards,

Laura Murphy

V.P., Koonce Securities

Ph # 800-368-2806

DTCC DISCLAIMER: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify us immediately and delete the email and any attachments from your system. The recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.

--

Michelle White Janshen, President
Columbia Stock Transfer Company
1869 E Seltice Way #292
Post Falls, ID 83854
208-777-8998
Fax: 855-664-3544
Skype:  columbiastock
or Michelle@columbiastock.com

We accept credit cards!

*Ask us about DWAC services, Proxy Solicitations, and mailings.*

Please note Columbia Stock Transfer Company does charge a fee for stock transfers. Please email Michelle or go to www.columbiastock.com if you have any questions about our fees. Thank you.

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify us immediately and delete the email and any attachments from your system. The recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.