# EXHIBIT 22

**Received(Date):** Mon, 1 Jun 2015 05:08:27 -0700
**From:** "W. Scott Lawler" <wsl@boothudall.com>
**To:** Natalie Bannister <corksandcoconuts@gmail.com>

EPCC Stock Purchase AGT Haojian Li (1).doc
EPCC Escrow Agreement (2).docx
EPCC Stock Purchase Restricted Shares 2.doc

I've attached an Escrow Agreement and 2 Stock Purchase Agreements. Per our discussion, let's do 2 Escrow Agreements - one for the restricted and one for the f/t.
I've attached an SPA for the restricted and one for the f/t.

Thanks for the help.

**W. Scott Lawler, Esq.**
Corporate/Securities Attorney

1255 W. Rio Salado Parkway, Ste. 215
Tempe, AZ 85281
ph: 480.830.2700
fx: 480.830.2717
WSL@boothudall.com
www.boothudall.com

NOTICE: This e-mail communication (including attachments) is intended only for the addressee(s) and is covered by the Electronic Communication Privacy Act, 18 U.S.C. Sections 2510-2521, is confidential, and may contain legally privileged information. Do not read this e-mail if you are not the intended recipient, and be aware that any interception, review, copying, retransmission, dissemination, or other use of, or taking of any action upon this e-mail by anyone other than the intended recipient is strictly prohibited by law and may subject them to criminal or civil liability. If you are not the intended recipient, please email or telephone the sender immediately that you have received the email in error, and then delete the email from all data storage devices, and destroy all hard copies. Thank you.