Each of the parties hereto has executed this Agreement to be effective as of the last date recorded below.

PURCHASER

_Wensheng Lin_ (signature)     20th March 2015
Wensheng Lin                          Date

SELLERS

_____     _____
Pretorius Roelien Yolandi          Date

_____     _____
Pule Lefa Jacob                         Date

_____     _____
Qopane Thota Jankie                 Date

_____     _____
Scott David Percival                  Date

_____     _____
Setihabi Kereeditse Irith            Date

4

SEC-GLENDALE-E-0012594

Each of the parties hereto has executed this Agreement to be effective as of the last date recorded below.

**PURCHASER**

_____
Wensheng Lin                          Date

**SELLERS**

_____
Pretorius Roelien Yolandi             Date

_____
Pule Lefa Jacob                       Date

_____
Qopane Thota Jankie                   Date

_____
Scott David Percival                  Date

_____
Setlhabi Kereeditse Irith             Date

This agreement may be executed in counterparts.

SEC-GLENDALE-E-0012595

Each of the parties hereto has executed this Agreement to be effective as of the last date recorded below.

**PURCHASER**

_____          _____
Wensheng Lin                                                          Date

**SELLERS**

_____          _____
Pretorius Roelien Yolandi                                       Date

_____          _____
Pule Lefa Jacob                                                      Date

_____          _____
Qopane Thota Jankie                                             Date

_____          _____
Scott David Percival                                              Date

_____          _____
Setlhabi Kereeditse Irith                                       Date

This agreement may be executed in counterparts.

4

SEC-GLENDALE-E-0012596

Each of the parties hereto has executed this Agreement to be effective as of the last date recorded below.

**PURCHASER**

_____

Wensheng Lin                                    Date

**SELLERS**

_____

Pretorius Roelien Yolandi                       Date

_____

Pule Lefa Jacob                                 Date

~~~~~~~~~~~~~~~         11-03-2015
Qopane Thota Jankie                             Date

_____

Scott David Percival                            Date

_____

Setlhabi Kereeditse Irith                       Date

This agreement may be executed in counterparts.

4

SEC-GLENDALE-E-0012597

Each of the parties hereto has executed this Agreement to be effective as of the last date recorded below.

**PURCHASER**

_____
Wensheng Lin                                    Date

**SELLERS**

_____
Pretorius Roelien Yolandi                        Date

_____
Pule Lefa Jacob                                  Date

_____
Qopane Thota Jankie                              Date

_____ _Scott_ _1/8/2015_ _____
Scott David Percival                             Date

_____
Setlhabi Kereeditse Irith                        Date

This agreement may be executed in counterparts.

4

SEC-GLENDALE-E-0012598

Each of the parties hereto has executed this Agreement to be effective as of the last date recorded below.

**PURCHASER**

_____
Wensheng Lin                          Date

**SELLERS**

_____
Pretorius Roelien Yolandi            Date

_____
Pule Lefa Jacob                       Date

_____
Qopane Thota Jankie                  Date

_____
Scott David Percival                 Date

_____
Setlhabi Kereeditse Irith            Date

This agreement may be executed in counterparts.

4

SEC-GLENDALE-E-0012599

中国建设银行
China Construction Bank

境 外 汇 款 申 请 书
APPLICATION FOR FUNDS TRANSFERS (OVERSEAS)

致 中国建设银行股份有限公司
TO CHINA CONSTRUCTION BANK CORPORATION

| | | |
|---|---|---|
| Amount to Benificiary Settlement Amount | USD16912.74 | |
| Amount in FX | | |
| Amount of Purchase | USD16912.74 | |
| Amount in Others | | |

收款人名称及地址
Remittee's Name & Address

林文生
广州市道云路

收款人开户银行行名及账号 Benef's Bank A/C No.  CHAS US 33
JP MORGAN CHASE N.A
1CHASE MANHATTAN PLAZA NEW YORK NY 10005 USA

收款人名称及地址
Beneficiary's Name & Address
BOOTH UDALL FULLER PLC
1215 W RIO SALADO PKWY #215 TEMPE AZ 85281 USA

汇款附言
Remittance Information
FOR EPCC

所有银行费用 All Bank's Charges If Any Are To Be Borne By
☑ 汇款人 OUR   ☐ 收款人 BEN   ☐ 共同 SHA

相应汇款总金额
Currency & Amount   USD16912.74

申请人签字
Applicant's Signature
兹授权贵行办理前列汇款并办理上汇款项的相关手续
Please effect The Upwards Remittance, Subject To The Conditions Overleaf



**BOOTH UDALL FULLER**
INTELLECTUAL PROPERTY LAW

<div align="right">
W. Scott Lawler
*Corporate/Securities Attorney*
WSL@BoothUdall.com
</div>

<div align="right">
August 4, 2015
</div>

***Via Email (AHuang@glendalesecurities.com)***

Mr. Andy Huang
Registered Principal
Glendale Securities, Inc.
118 Baxter Street, Suite 302
New York, NY 10013

Dear Mr. Huang:

I represented certain sellers in connection with their sale of shares of common stock of Epicure Charcoal, Inc. On that I basis, I hereby confirm that I was acting as the escrow agent on behalf of the Sellers in connection with that certain Stock Purchase Agreement dated 31st of March, 2015, by and between buyer Lin Wensheng (as the Purchaser) and the five (5) sellers identified therein (namely, Pretorius Roelien Yolandi, Pule Lefa Jacob, Qoane Thota Jankie, Scott David Percival, Setlhabi Kereeditse Irith).

If you require any additional information, please contact me at your earliest convenience.

Sincerely,

W. Scott Lawler, Esq.

cc: Lin Wensheng (via email wensheng1993@hotmail.com)

---

1255 W. Rio Salado Pkwy., Ste. 215
Tempe, AZ 85281
P: 480.830.2700

Booth Udall Fuller, PLC
www.BoothUdall.com

3000 South 31st Street, Ste. 100
Temple, TX 76502
P: 254.870.5606

SEC-GLENDALE-E-0012601

中华人民共和国外交部请各国军政机关对持照人予以通行的便利和必要时协助。

*The Ministry of Foreign Affairs of the People's Republic of China requests all civil and military authorities of foreign countries to allow the bearer of this passport to pass freely and afford assistance in case of need.*

中华人民共和国 PEOPLE'S REPUBLIC OF CHINA

护照 PASSPORT  P  CHN

林文生
LIN, WENSHENG

男/M  中国/CHINESE

广东/GUANGDONG  17 3月/MAR 2015

广东/GUANGDONG  16 3月/MAR 2025

公安部出入境管理局
MPS Exit & Entry Administration

林文生

POCHNLIN<<WENSHENG<<<<<<<<<<<<<<<<<<<<<<<<<<<<

SEC-GLENDALE-E-0012602

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

# FORM 10-Q

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the quarterly period ended **December 31, 2014**
or

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _____ to _____

333-185368
Commission File Number

# EPICURE CHARCOAL, INC.

(Exact name of registrant as specified in its charter)

| Nevada | |
|---|---|
| (State or other jurisdiction of incorporation or organization) | ███████ |
| | (I.R.S. Employer Identification No.) |

6910 Salashan Parkway Ferndale, Washington                98248

(Address of principal executive offices)                (Zip Code)

(775)-321-8228

(Registrant's telephone number, including area code)

(Former name, former address and former fiscal year, if changed since last report)

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. ☒ Yes ☐ No

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). ☐ Yes ☒ No

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act.

| Large accelerated filer | ☐ | Accelerated filer | ☐ |
|---|---|---|---|
| Non-accelerated filer | ☐ | Smaller reporting company | ☒ |
| (Do not check if a smaller reporting company) | | | |

SEC-GLENDALE-E-0012603

## NOTE 3 – GOING CONCERN

The Company's financial statements are prepared in accordance with generally accepted accounting principles applicable to a going concern. This contemplates the realization of assets and the liquidation of liabilities in the normal course of business. Currently, the Company has a working capital deficit of $31,284, an accumulated deficit of $42,156 and net loss from operations since inception of $42,156. The Company does not have a source of revenue sufficient to cover its operation costs giving substantial doubt for it to continue as a going concern. The Company will be dependent upon the raising of additional capital through placement of our common stock in order to implement its business plan, or merge with an operating company. There can be no assurance that the Company will be successful in either situation in order to continue as a going concern. The Company is funding its initial operations by way of issuing Founder's shares.

These financial statements do not include any adjustments relating to the recoverability and classification of recorded assets or the amounts of and classification of liabilities that might be necessary in the event the company cannot continue in existence.

The officers and directors have committed to advancing certain operating costs of the Company, including Legal, Audit, Transfer Agency and Edgarizing costs.

## NOTE 4 – FAIR VALUE OF FINANCIAL INSTRUMENTS

The Company has determined the estimated fair value of financial instruments using available market information and appropriate valuation methodologies. The fair value of financial instruments classified as current assets or liabilities approximate their carrying value due to the short-term maturity of the instruments.

## NOTE 5 – CAPITAL STOCK

The Company's capitalization is 200,000,000 common shares with a par value of $0.001 per share. No preferred or common shares have been authorized or issued.

On February 25, 2014 the Board of Directors and the consenting stockholder adopted and approved a resolution to effect an amendment to our Articles of Incorporation to effect a forward split of all issued and outstanding shares of common stock, at a ratio of 273:1 (the "Forward Stock Split"). The Forward Stock Split became effective on January 31, 2015.

As of December 31, 2014, the Company had 100,201,647 shares of common shares issued and outstanding.

On October 1, 2013 the company issued 40,141,647 common shares for cash of $5,882.

On February 26, 2014, 1,304,940,000 founder's shares were retired for cash of $10

As of December 31, 2014, the Company has not granted any stock options and has not recorded any stock-based compensation.

## NOTE 6 – LOAN PAYABLE – RELATED PARTY LOANS

The Company has received $22,116 as a loan from a related party. The loan is payable on demand and without interest.

8

SEC-GLENDALE-E-0012604

## SUBSCRIPTION AGREEMENT

**EPICURE CHARCOAL, INC.**
112 North Curry Street
Carson City Nevada, 89703

A. **Instructions.**

Each person considering subscribing for the Shares should review the following instructions:

**Subscription Agreement:** Please complete, execute and deliver to the Company the enclosed copy of the Subscription Agreement. The Company will review the materials and, if the subscription is accepted, the Company will execute the Subscription Agreement and return one copy of the materials to you for your records.

The Company shall have the right to accept or reject any subscription, in whole or in part.

An acknowledgment of the acceptance of your subscription will be returned to you promptly after acceptance.

**Payment:** Payment for the amount of the Shares subscribed for shall be made at the time of delivery of the properly executed Subscription Agreement, or such date as the Company shall specify by written notice to subscribers (unless such period is extended in the sole discretion of the President of the Company), of a check or wire transfer of immediately available funds to the Company at the address set forth below or an account specified by the Company. The closing of the transactions contemplated hereby (the "Closing") will be held on 90 days from 07-31-2013 or such earlier date specified in such notice (unless the closing date is extended in the sole discretion of the President of the Company by up to an additional 90 days). There is no minimum aggregate amount of Shares which must be sold as a condition precedent to the Closing, and the Company may provide for one or more Closings while continuing to offer the Shares that constitute the unsold portion of the Offering.

B. **Communications.**

All documents and check should be forwarded to:

**EPICURE CHARCOAL, INC.**
112 North Curry Street
Carson City Nevada, 89703

THE PURCHASE OF SHARES OF COMPANY, INC. INVOLVES A HIGH DEGREE OF RISK AND SHOULD BE CONSIDERED ONLY BY PERSONS WHO CAN BEAR THE RISK OF THE LOSS OF THEIR ENTIRE INVESTMENT

EVERY POTENTIAL INVESTOR PRIOR TO ANY INVESTMENT OR PURCHASE OF COMPANYNAME, INC.'S SHARES SHOULD READ THE PROSPECTUS RELATING TO THIS OFFERING.

## SUBSCRIPTION AGREEMENT SIGNATURE PAGE

The undersigned (the "Subscriber") hereby irrevocably subscribes for that number of Shares set forth below, upon and subject to the terms and conditions set forth in the Corporation's Effective Final Prospectus filed on Form S-1 and dated on or around 07-03-2013.

Total Number of Shares to be Acquired: _____ 3947

Amount to be Paid (price of $0.04 per Share): _____ $ 147-37

IN WITNESS WHEREOF, the undersigned has executed this Subscription Agreement this 24 of _AUGUST_ , 2013.

NAME (PRINT) as it should appear on the Certificate: _ROELIEN  YOLANDI_
_PRETORIUS_

ADDRESS: ███████████████████████████████

If Joint Ownership, check one (all parties must sign above):
☐ Joint Tenants with Right of Survivorship
☐ Tenants in Common
☐ Community Property

If Fiduciary or a Business or an Organization, check one:
☐ Trust
☐ Estate
☐ Power of Attorney
Name and Type of Business Organization: _____

IDENTIFICATION AUTHENTICATION REQUIRED:

Below is my (circle one) Social Security # - Passport - Drivers License# - Tax ID# - Other ███████████

SIGNATURE: _____

### ACCEPTANCE OF SUBSCRIPTION

The foregoing Subscription is hereby accepted for and on behalf of EPICURE CHARCOAL, INC.
this _09_ day of _September_ , 2013.

By: _____
Alex Robertson, President





SEC-GLENDALE-E-0012607

**◇ ABSA**

ABSA Bank Limited. Reg No 1986/004794/06

630-227

PRELLERPLEIN

*Not Transferable*
*Nie Oordraagbaar nie*

Pay
Betaal

the sum of
die bedrag van    ONE THOUSAND, EQ...                ONLY

R    ........ 1,000.00

1986/004794/06

FOR/VIR ABSA BANK LIMITED/BEPERK
REG NO 1986/004794/06

Member of the
Barclays Group    **BARCLAYS** Group

710876239

RY Pretorius ⬛⬛⬛ for Shares in: Epicule Charcoal INC

---

Note:

The currency previously was SOUTH AFRICAN RAND. The exchange rate was 1 USD = 9.5 ZAR .

SEC-GLENDALE-E-0012608

SUBSCRIPTION AGREEMENT

EPICURE CHARCOAL, INC.
112 North Curry Street
Carson City Nevada, 89703

A.   Instructions.

Each person considering subscribing for the Shares should review the following instructions:

Subscription Agreement: Please complete, execute and deliver to the Company the enclosed copy of the Subscription Agreement, The Company will review the materials and, if the subscription is accepted, the Company will execute the Subscription Agreement and return one copy of the materials to you for your records.

The Company shall have the right to accept or reject any subscription, in whole or in part.

An acknowledgment of the acceptance of your subscription will be returned to you promptly after acceptance.

Payment: Payment for the amount of the Shares subscribed for shall be made at the time of delivery of the properly executed Subscription Agreement, or such date as the Company shall specify by written notice to subscribers (unless such period is extended in the sole discretion of the President of the Company), of a check or wire transfer of immediately available funds to the Company at the address set forth below or an account specified by the Company. The closing of the transactions contemplated hereby (the "Closing") will be held on 90 days from 07-31-2013 or such earlier date specified in such notice (unless the closing date is extended in the sole discretion of the President of the Company by up to an additional 90 days). There is no minimum aggregate amount of Shares which must be sold as a condition precedent to the Closing, and the Company may provide for one or more Closings while continuing to offer the Shares that constitute the unsold portion of the Offering.

B.   Communications.

All documents and check should be forwarded to:

EPICURE CHARCOAL, INC.
112 North Curry Street
Carson City Nevada, 89703

THE PURCHASE OF SHARES OF COMPANY, INC. INVOLVES A HIGH DEGREE OF RISK AND SHOULD BE CONSIDERED ONLY BY PERSONS WHO CAN BEAR THE RISK OF THE LOSS OF THEIR ENTIRE INVESTMENT.

EVERY POTENTIAL INVESTOR PRIOR TO ANY INVESTMENT OR PURCHASE OF COMPANYNAME, INC.'S SHARES SHOULD READ THE PROSPECTUS RELATING TO THIS OFFERING.

SEC-GLENDALE-E-0012609

## SUBSCRIPTION AGREEMENT SIGNATURE PAGE

The undersigned (the "Subscriber") hereby irrevocably subscribes for that number of Shares set forth below, upon and subject to the terms and conditions set forth in the Corporation's Effective Final Prospectus filed on Form S-1 and dated on or around 07-01-2013.

Total Number of Shares to be Acquired: _____ 3316 _____

Amount to be Paid (price of $0.04 per Share): _____ $ 132 - 63 _____

IN WITNESS WHEREOF, the undersigned has executed this Subscription Agreement this 30 of _____ AUGUST _____, 2013.

NAME: (PRINT) as it should appear on the Certificate: _____ NETA  JACOB  PLINE _____

ADDRESS: ███████████████████████████████████

If Joint Ownership, check one (all parties must sign above):
☐ Joint Tenants with Right of Survivorship
☐ Tenants in Common
☐ Community Property

If Fiduciary or a Business or an Organization, check one:
☐ Trust
☐ Estate
☐ Power of Attorney
Name and Type of Business Organization: _____

IDENTIFICATION AUTHENTICATION REQUIRED:

Below is my (circle one) Social Security # - Passport# - Drivers License# - Tax
ID# - Other _____ ████████████████

SIGNATURE: _____ ✍ _____

## ACCEPTANCE OF SUBSCRIPTION

The foregoing Subscription is hereby accepted for and on behalf of EPICURE CHARCOAL, INC.
this 04 day of _____ September _____, 2013.

By: _____ Alex Robertson _____
Alex Robertson, President



SEC-GLENDALE-E-0012611



Note:

The currency previously was SOUTH AFRICAN RAND. The exchange rate was 1 USD = 9.5 ZAR.

SEC-GLENDALE-E-0012612

SUBSCRIPTION AGREEMENT

EPICURE CHARCOAL, INC.
112 North Curry Street
Carson City Nevada, 89703

A.   Instructions.

Each person considering subscribing for the Shares should review the following instructions:

Subscription Agreement: Please complete, execute and deliver to the Company the enclosed copy of the Subscription Agreement. The Company will review the materials and, if the subscription is accepted, the Company will execute the Subscription Agreement and return one copy of the materials to you for your records.

The Company shall have the right to accept or reject any subscription, in whole or in part.

An acknowledgment of the acceptance of your subscription will be returned to you promptly after acceptance.

Payment: Payment for the amount of the Shares subscribed for shall be made at the time of delivery of the properly executed Subscription Agreement, or such date as the Company shall specify by written notice to subscribers (unless such period is extended in the sole discretion of the President of the Company), of a check or wire transfer of immediately available funds to the Company at the address set forth below or an account specified by the Company. The closing of the transactions contemplated hereby (the "Closing") will be held on 90 days from 07-31-2013 or such earlier date specified in such notice (unless the closing date is extended in the sole discretion of the President of the Company by up to an additional 90 days). There is no minimum aggregate amount of Shares which must be sold as a condition precedent to the Closing, and the Company may provide for one or more Closings while continuing to offer the Shares that constitute the unsold portion of the Offering.

B.   Communications.

All documents and check should be forwarded to:

EPICURE CHARCOAL, INC.
112 North Curry Street
Carson City Nevada, 89703

THE PURCHASE OF SHARES OF COMPANY, INC. INVOLVES A HIGH DEGREE OF RISK AND SHOULD BE CONSIDERED ONLY BY PERSONS WHO CAN BEAR THE RISK OF THE LOSS OF THEIR ENTIRE INVESTMENT.

EVERY POTENTIAL INVESTOR PRIOR TO ANY INVESTMENT OR PURCHASE OF COMPANYNAME, INC.'S SHARES SHOULD READ THE PROSPECTUS RELATING TO THIS OFFERING.

SEC-GLENDALE-E-0012613

SUBSCRIPTION AGREEMENT SIGNATURE PAGE

The undersigned (the "Subscriber") hereby irrevocably subscribes for that number of Shares set forth below, upon and subject to the terms and conditions set forth in the Corporation's Effective Final Prospectus filed on Form S-1 and dated on or around 07-01-2013.

Total Number of Shares to be Acquired: _____ 3316

Amount to be Paid (price of $0.04 per Share): _____ $ 133-63

IN WITNESS WHEREOF, the undersigned has executed this Subscription Agreement this 30 of _____ August _____, 2013.

NAME: (PRINT) as it should appear on the Certificate: THOTA JANKIE GOPANE

ADDRESS: _____ ████████████████████

If Joint Ownership, check one (all parties must sign above):
[ ] Joint Tenants with Right of Survivorship
[ ] Tenants in Common
[ ] Community Property

If Fiduciary or a Business or an Organization, check one:
[ ] Trust
[ ] Estate
[ ] Power of Attorney
Name and Type of Business Organization: _____

IDENTIFICATION AUTHENTICATION REQUIRED:

Below is my (circle one) Social Security # - Passport# - Drivers License# - Tax ID# - Other
# _____ ████████████

SIGNATURE: _____

ACCEPTANCE OF SUBSCRIPTION

The foregoing Subscription is hereby accepted for and on behalf of EPICURE CHARCOAL, INC. this 04 day of _____ September _____, 2013.

By: _____
    Alex Robertson, President

SEC-GLENDALE-E-0012614



**ABSA**

Member of / Lid van **BARCLAYS**

CLIENT
TRANSACTION RECORD

CLIENT
TRANSAKSIEREKORD

Account number / Rekeningnommer

30 AUG 2013 14:43:46

CD          ***********1,260.00

MNR VU CRAFFORD

REFERENCE NUMBER EPICURE CHARCOAL INC
0085 000000556                                    R  999,999,000.00

S/N: R000,001,500.00

**ABSA**
Bank Limited/Beperk
Reg. No. 1986/004794/06
BLOEMFONTEIN CHEQ PROC UNIT

2013 -08- 30

TELLER 1 / 8618
62 - 44 - 34

Deposit reference number (applicable to deposits)
Deposito-verwysingsnommer (op deposito's van toepassing)

Thank you for being our client

J.S. BOTANE

---

Note:

The currency previously was SOUTH AFRICAN RAND. The exchange rate was 1 USD = 9.5 ZAR.

SEC-GLENDALE-E-0012616

## SUBSCRIPTION AGREEMENT

**EPICURE CHARCOAL, INC.**
112 North Curry Street
Carson City Nevada, 89703

A.   Instructions.

Each person considering subscribing for the Shares should review the following instructions.

Subscription Agreement: Please complete, execute and deliver to the Company the enclosed copy of the Subscription Agreement. The Company will review the materials and, if the subscription is accepted, the Company will execute the Subscription Agreement and return one copy of the materials to you for your records.

The Company shall have the right to accept or reject any subscription, in whole or in part.

An acknowledgment of the acceptance of your subscription will be returned to you promptly after acceptance.

Payment: Payment for the amount of the Shares subscribed for shall be made at the time of delivery of the properly executed Subscription Agreement, or such date as the Company shall specify by written notice to subscribers (unless such period is extended in the sole discretion of the President of the Company), of a check or wire transfer of immediately available funds to the Company at the address set forth below or an account specified by the Company. The closing of the transactions contemplated hereby (the "Closing") will be held on 90 days from 07-31-2013 or such earlier date specified in such notice (unless the closing date is extended in the sole discretion of the President of the Company by up to an additional 90 days). There is no minimum aggregate amount of Shares which must be sold as a condition precedent to the Closing, and the Company may provide for one or more Closings while continuing to offer the Shares that constitute the unsold portion of the Offering.

B.   Communications.

All documents and check should be forwarded to:

**EPICURE CHARCOAL, INC.**
112 North Curry Street
Carson City Nevada, 89703

THE PURCHASE OF SHARES OF COMPANY, INC. INVOLVES A HIGH DEGREE OF RISK AND SHOULD BE CONSIDERED ONLY BY PERSONS WHO CAN BEAR THE RISK OF THE LOSS OF THEIR ENTIRE INVESTMENT.

EVERY POTENTIAL INVESTOR PRIOR TO ANY INVESTMENT OR PURCHASE OF COMPANYNAME, INC.'S SHARES SHOULD READ THE PROSPECTUS RELATING TO THIS OFFERING.

SEC-GLENDALE-E-0012617

## SUBSCRIPTION AGREEMENT SIGNATURE PAGE

The undersigned (the "Subscriber") hereby irrevocably subscribes for that number of Shares set forth below, upon and subject to the terms and conditions set forth in the Corporation's Effective Final Prospectus filed on Form S-1 and dated on or around 07-01-2013.

Total Number of Shares to be Acquired: _____ 3500

Amount to be Paid (price of $0.04 per Share): _____ $ 140-00

IN WITNESS WHEREOF, the undersigned has executed this Subscription Agreement this 9th of _____August_____, 2013.

NAME: (PRINT) as it should appear on the Certificate: DAVID PERCIVAN SCOTT

ADDRESS: ████████████████████████████████

If Joint Ownership, check one (all parties must sign above):
[ ] Joint Tenants with Right of Survivorship
[ ] Tenants in Common
[ ] Community Property

If Fiduciary or a Business or an Organization, check one:
[ ] Trust
[ ] Estate
[ ] Power of Attorney
Name and Type of Business Organization: _____

IDENTIFICATION AUTHENTICATION REQUIRED:

Below is my (circle one) Social Security # - Passport# - Drivers License# - Tax
(ID) - Other ███████████

SIGNATURE: _____

## ACCEPTANCE OF SUBSCRIPTION

The foregoing Subscription is hereby accepted for and on behalf of EPICURE CHARCOAL, INC.
this ___6__ day of __September__, 2013.

By: _____
Alex Robertson, President

SEC-GLENDALE-E-0012618





SEC-GLENDALE-E-0012619

**ABSA**

ABSA Bank Limited Reg No 1986/004794/06

PRELLERPLEIN

630-227

Not Transferable
Nie Oordraagbaar nie

Pay
Betaal

the sum of
die bedrag van    ONE THOUSAND, THREE HUNDRED AND THIRTY RAND ONLY.

R

1986/004794/06

706 / 6398
62 - 44 - 34

FOR/VIR ABSA BANK LIMITED/BEPERK
REG NO 1986/004794/06

Member of the     **BARCLAYS**  Group
Lid van die                          Groep

000 20 258

D P Scott     ███████████ for Shares in Epicure Charcoal INC

Note:
The currency previously was SOUTH AFRICAN RAND. The exchange rate was 1 USD = 9.5 ZAR.

SEC-GLENDALE-E-0012620

SUBSCRIPTION AGREEMENT

EPICURE CHARCOAL, INC.
112 North Curry Street
Carson City Nevada, 89703

A.  Instructions.

Each person considering subscribing for the Shares should review the following instructions:

Subscription Agreement: Please complete, execute and deliver to the Company the enclosed copy of the Subscription Agreement. The Company will review the materials and, if the subscription is accepted, the Company will execute the Subscription Agreement and return one copy of the materials to you for your records.

The Company shall have the right to accept or reject any subscription, in whole or in part.

An acknowledgment of the acceptance of your subscription will be returned to you promptly after acceptance.

Payment: Payment for the amount of the Shares subscribed for shall be made at the time of delivery of the properly executed Subscription Agreement, or such date as the Company shall specify by written notice to subscribers (unless such period is extended in the sole discretion of the President of the Company), of a check or wire transfer of immediately available funds to the Company at the address set forth below or an account specified by the Company. The closing of the transactions contemplated hereby (the "Closing") will be held on 90 days from 07-31-2013 or such earlier date specified in such notice (unless the closing date is extended in the sole discretion of the President of the Company by up to an additional 90 days). There is no minimum aggregate amount of Shares which must be sold as a condition precedent to the Closing, and the Company may provide for one or more Closings while continuing to offer the Shares that constitute the unsold portion of the Offering.

B.  Communications.

All documents and check should be forwarded to:

EPICURE CHARCOAL, INC.
112 North Curry Street
Carson City Nevada, 89703

THE PURCHASE OF SHARES OF COMPANY, INC. INVOLVES A HIGH DEGREE OF RISK AND SHOULD BE CONSIDERED ONLY BY PERSONS WHO CAN BEAR THE RISK OF THE LOSS OF THEIR ENTIRE INVESTMENT.

EVERY POTENTIAL INVESTOR PRIOR TO ANY INVESTMENT OR PURCHASE OF COMPANYNAME, INC.'S SHARES SHOULD READ THE PROSPECTUS RELATING TO THIS OFFERING.  K.T

SEC-GLENDALE-E-0012621

<u>SUBSCRIPTION AGREEMENT SIGNATURE PAGE</u>

The undersigned (the "Subscriber") hereby irrevocably subscribes for that number of Shares set forth below, upon and subject to the terms and conditions set forth in the Corporation's Effective Final Prospectus filed on Form S-1 and dated on or around 07-01-2013.

Total Number of Shares to be Acquired: _____ 3500

Amount to be Paid (price of $0.04 per Share): _____ $ 140 - 00

IN WITNESS WHEREOF, the undersigned has executed this Subscription Agreement this 28 of _____AUGUST_____, 2013.

NAME: (PRINT) as it should appear on the Certificate: ___KEREEDITSE___ | RITH
___SETLHABI___

ADDRESS: ████████████████████████████████

████████████████████████████████████████

If Joint Ownership, check one (all parties must sign above):
☐ Joint Tenants with Right of Survivorship
☐ Tenants in Common
☐ Community Property

If Fiduciary or a Business or an Organization, check one:
☐ Trust
☐ Estate
☐ Power of Attorney
Name and Type of Business Organization: _____

<u>IDENTIFICATION AUTHENTICATION REQUIRED:</u>

Below is my (circle one) Social Security # · Passport# · Drivers License# · Tax
ID# · Other ████████████████

SIGNATURE: _____

<u>ACCEPTANCE OF SUBSCRIPTION</u>

The foregoing Subscription is hereby accepted for and on behalf of EPICURE CHARCOAL, INC.
this 9 day of September, 2013.

By: _____
Alex Robertson, President

SEC-GLENDALE-E-0012622



SEC-GLENDALE-E-0012623



ABSA
BARCLAYS

Note:
The currency previously was SOUTH AFRICAN RAND. The exchange rate was 1 USD = 9.5 ZAR.

## OFAC Search Tool

**Search OFAC's Sanction Program Listings**

```
Immage Biotherapeutics Corp.
Wensheng Lin
Pretorius Roelien Yolandi
Elton Norman
Mou Zhi Gong
Pule Lefa Jacob
Qoane Thato Jankie
Scott David Percival
Sethushi Kereeditve Irith
```

SEARCH OFAC      CLEAR ALL

Search for: the exact phrase ▾

☑ Specially Designated Nationals (SDN)

☑ Palestinian Legislative Council (PLC)

☑ Foreign Sanctions Evaders List (FSE)

- Each line should contain a separate name or phrase to search for in the OFAC Sanctions Program Listings.

- Your search will include all of the checked OFAC Listings

- You may search for a maximum of 500 names or phrases at a time as shown in the example below:

   John Andrew Doe
   Smith, George Q.
   Airways Charters, Inc.

How to use this tool

**Search Results**

View the records below with your search term or terms highlighted. Using the highlighted list will allow you to quickly verify whether an entity or individual appears on the OFAC Sanctions Program Listings. If you find a match or are in doubt about a specific account or transaction or you need additional information, contact OFAC's Comp Hotline at 800-540-6322.

Immage Biotherapeutics Corp. - 0 hit(s)

Wensheng Lin - 0 hit(s)

Pretorius Roelien Yolandi - 0 hit(s)

Elton Norman - 0 hit(s)

Mou Zhi Gong - 0 hit(s)

Pule Lefa Jacob - 0 hit(s)

Qoane Thato Jankie - 0 hit(s)

Scott David Percival - 0 hit(s)

Sethushi Kereeditve Irith - 0 hit(s)

Data Updated: 08/19/2015 09:30:04

Sitemap    Privacy    Legal

SEC-GLENDALE-E-0012625

# IMMAGE BIOTHERAPEUTICS CORP.

## Business Entity Information

| | | | |
|---|---|---|---|
| Status: | Active | File Date: | 6/21/2012 |
| Type: | Domestic Corporation | Entity Number: | E0334322012-9 |
| Qualifying State: | NV | List of Officers Due: | 6/30/2016 |
| Managed By: | | Expiration Date: | |
| NV Business ID: | NV20121391280 | Business License Exp: | 6/30/2016 |

## Additional Information

| | |
|---|---|
| Central Index Key: | 0001564273 |

## Registered Agent Information

| | | | |
|---|---|---|---|
| Name: | STATE AGENT AND TRANSFER SYNDICATE, INC. | Address 1: | 112 NORTH CURRY STREET |
| Address 2: | | City: | CARSON CITY |
| State: | NV | Zip Code: | 89703-4934 |
| Phone: | | Fax: | |
| Mailing Address 1: | | Mailing Address 2: | |
| Mailing City: | | Mailing State: | NV |
| Mailing Zip Code: | | | |
| Agent Type: | Commercial Registered Agent - Corporation | | |
| Jurisdiction: | NEVADA | Status: | Active |

## Financial Information

| | | | |
|---|---|---|---|
| No Par Share Count: | 0 | Capital Amount: | $ 200,000.00 |
| Par Share Count: | 200,000,000.00 | Par Share Value: | $ 0.001 |

## — Officers                              ☐ Include Inactive Officers

### President - ZHI CONG MOU

| | | | |
|---|---|---|---|
| Address 1: | QING XIU QU BAI HUA YUAN XIAO QU, 2 DONG 1301 FANG | Address 2: | |
| City: | NANNING CITY, GUANG XI | State: | |
| Zip Code: | | Country: | CHN |
| Status: | Active | Email: | |

### Secretary - ZHI CONG MOU

| | | | |
|---|---|---|---|
| Address 1: | QING XIU QU BAI HUA YUAN XIAO QU, 2 DONG 1301 FANG | Address 2: | |
| City: | NANNING CITY, GUANG XI | State: | |

SEC-GLENDALE-E-0012626



OTC Markets
Open • Transparent • Connected

## "My team will get you, cancer"

| Home | Marketplaces | Market Activity | News | Services | Research | Learn |

Enter Symbol/Company Name   [Get Quote]
Company Directory | Stock Screener

| OTC Market Totals | 8,872 | $708.9M | 4B | 99,308 |
| | Securities | Dollar Volume | Share Volume | Trades |

- Quote
- Charts
- Company Profile
- News
- Financials
- Filings and Disclosure
- Short Sales
- Insider Disclosure
- Research Reports
- Videos and Presentations

**IMMG**   Immage Biotherapeutics Corp.

Common Stock
SEC Reporting Current

**N/A**   N/A ( N/A %)   Real-Time Best Bid & Ask 0.061 / No Inside (10000 x 1)

**Scottrade** Go
IMMG SD TREND®

**ALPINE SECURITIES**
IMMG OTC Markets.com

**Scottrade** Go
IMMG SC TREND®

**Scottrade**
Trade Now

✓ Company Updated Profile

**Contact Info**
10411 Motor City Dr
Bethesda, MD 20817

Phone: (480-830-2709)

**Business Description**
Immage Biotherapeutics is a biotechnology company developing cancer immunotherapy through the rapid and efficient development of cutting edge immunotherapy candidates. The company is in the process of developing novel key cancer immunotherapy candidates that can be licensed to the biotechnology and pharmaceutical industry, allowing them the opportunity to develop in vitro proven treatments.

**Scottrade**
IMMG

**Financial Reporting/Disclosure**

| Reporting Status | U.S. Reporting: SEC Reporting |
| Audited Financials | Audited |
| Latest Report | Jun 30, 2015 (10-Q) |
| CIK | 0001556573 |
| Fiscal Year End | 9/30 |
| OTC Marketplace | OTCQB |

**Profile Data**

| SIC - Industry Classification | 2911 - Miscellaneous Products of Petroleum & Coal |
| Business Status | Development Stage Company a/o Sep 30, 2013 Shell |
| Incorporated In | NV, USA |
| Year of Inc. | 2012 |
| Employees | 1 a/o Sep 30, 2013 |

**Company Officers/Contacts**

| Anton Sermer | CSO |
| Mau Zhi Cong | CEO, CFO |
| Mahesh Narayanan | COO |
| Elton Norman | CFO |
| Dr. Daniel Achinko | EVP |
| Joseph Emas | Legal Counsel |
| Dr. William M. Brown, Ph.D., M.B.A. | Advisory Director |
| Dr. Tamara Syton | Advisory Director |
| Georgia M. Chrusten | Advisory Director |
| Dr. Stephen Pepperhania | Advisory Director |

**Company Directors**

| Anton Sermer | Chairman |
| Mau Zhi Cong | Chairman |
| Mahesh Narayanan | |
| Elton Norman | |

**IMMG Security Details**

**Share Structure**

| Market Value | Not Available | |
| Authorized Shares | 900,000,000 | a/o Jun 24, 2015 |
| Outstanding Shares | 150,201,590 | a/o Jun 24, 2015 |
| –Restricted | Not Available | |
| –Unrestricted | Not Available | |
| Held at OTC | Not Available | |
| Float | Not Available | |
| Par Value | Not Available | |

**Transfer Agent(s)**
Columbia Stock Transfer Company

**Shareholders**

| Shareholders of Record | 12 a/o Jun 24, 2015 |

**Security Notes**
- Capital Change: shs increased by 273 for 1 split. Pay date 02/13/2015.

**Short Selling Data**

| Short Interest | (#) |
| Significant Failures to Deliver | No |

SEC-GLENDALE-E-0012627



Home | Latest Filings | Previous Page

## U.S. Securities and Exchange Commission

### EDGAR Search Results

 Search Results
BETA View

SEC Home » Search the Next-Generation EDGAR System » Company Search » *Current Page*

## COLUMBIA STOCK TRANSFER CO /TA CIK#:
## 0000724935 (see all company filings)
State location: ID

| | | Business Address | Mailing Address |
|---|---|---|---|
| | | 1002 ST. ELIAS CT. | 1602 E. SELTICE WAY, |
| | | POST FALLS ID 83854 | STE. A-303 |
| | | 2086643544 | POST FALLS ID 83854 |

| Filter Results: | Filing Type: | Prior to: (YYYYMMDD) | Ownership? ○ include ⦿ exclude only | Limit Results Per Page 40 Entries ▾ | Search Show All |
|---|---|---|---|---|---|

Items 1 - 20 ⬚ RSS Feed

| Filings | Format | Description | Filing Date | File/Film Number |
|---|---|---|---|---|
| TA-2 | Documents | Annual disclosure filing made by all bank and non-bank Transfer Agents Acc-no: 0000724935-15-000004 (34 Act) Size: 6 KB | 2015-03-26 | 084-01153 15725801 |
| TA-2 | Documents | Annual disclosure filing made by all bank and non-bank Transfer Agents Acc-no: 0000724935-14-000002 (34 Act) Size: 3 KB | 2014-03-27 | 084-01153 14719891 |
| TA-2 | Documents | Annual disclosure filing made by all bank and non-bank Transfer Agents Acc-no: 0000724935-13-000003 (34 Act) Size: 3 KB | 2013-04-17 | 084-01153 13765231 |
| TA-2 | Documents | Annual disclosure filing made by all bank and non-bank Transfer Agents Acc-no: 0000724935-12-000006 (34 Act) Size: 6 KB | 2012-04-03 | 084-01153 12737497 |
| TA-1/A | Documents | [Amend]Registration of Transfer Agent Acc-no: 0000724935-11-000004 (34 Act) Size: 6 KB | 2011-03-31 | 084-01153 11741983 |
| TA-2 | Documents | Annual disclosure filing made by all bank and non-bank Transfer Agents Acc-no: 0000724935-11-000003 (34 Act) Size: 6 KB | 2011-03-31 | 084-01153 11725864 |
| TA-2 | Documents | Annual disclosure filing made by all bank and non-bank Transfer Agents Acc-no: 0000724935-10-000002 (34 Act) Size: 6 KB | 2010-03-30 | 084-01153 10715091 |
| TA-2 | Documents | Annual disclosure filing made by all bank and non-bank Transfer Agents Acc-no: 0000724935-09-000010 (34 Act) Size: 7 KB | 2009-07-15 | 084-01153 09945660 |
| TA-2 | Documents | Annual disclosure filing made by all bank and non-bank Transfer Agents Acc-no: 0000724935-09-000009 (34 Act) Size: 7 KB | 2009-07-15 | 084-01153 09945658 |
| TA-2 | Documents | Annual disclosure filing made by all bank and non-bank Transfer Agents Acc-no: 0000724935-07-000009 (34 Act) Size: 7 KB | 2007-08-02 | 084-01153 071017531 |
| TA-1/A | Documents | [Amend]Registration of Transfer Agent Acc-no: 0000724935-07-000002 (34 Act) Size: 6 KB | 2007-06-26 | 084-01153 07971840 |
| TA-2 | Documents | [Paper]Annual disclosure filing made by all bank and non-bank Transfer Agents | 2006-03-30 | 084-01153 06008267 |

SEC-GLENDALE-E-0012628

S-1/A 1 epic_s1a.htm FORM S-1A

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

# FORM S-1/A
### (Amendment No. 3)

#### REGISTRATION STATEMENT UNDER THE SECURITIES ACT OF 1933

# EPICURE CHARCOAL, INC.
(Exact name of registrant as specified in its charter)

NEVADA
(State or other jurisdiction of incorporation or organization)

_2990_
(Primary Standard Industrial Classification Code Number)

45-5538945
(I.R.S. Employer Identification Number)

6910 Salashan Parkway
Ferndale, Washington 98248
(775)-321-8228
(Address, including zip code, and telephone number, including area code, of registrant's principal executive offices)

State Agent & Transfer Syndicate, Inc.
112 North Curry Street
Carson City, Nevada 89703
(775) 882-1013
(Name, address, including zip code, and telephone number, including area code, of agent for service)

As soon as practicable after the effective date of this registration statement
(Approximate date of commencement of proposed sale to the public)

If any of the securities being registered on this Form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act of 1933 check the following box: ☒

If this Form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, please check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(d) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☐                          Accelerated filer ☐

SEC-GLENDALE-E-0012629

## Justin Ulibarri

| | |
|---|---|
| **From:** | Michelle White Janshen <michelle@columbiastock.com> |
| **Sent:** | Wednesday, August 19, 2015 1:33 PM |
| **To:** | Justin Ulibarri |
| **Subject:** | Re: FLOAT |

Outstanding 100,201,045
free trading 40,142,136

On Wed, Aug 19, 2015 at 1:29 PM, Justin Ulibarri <JUlibarri@glendalesecurities.com> wrote:

Per our conversation on the phone, please provide the share structure/Float for Immage Biotherapeutics Corp.


Thank you.


Sincerely,




Justin Ulibarri

Glendale Securities, Inc.

15233 Ventura Blvd., Suite 712

Sherman Oaks, CA 91403

P: (818) 907-1505 ext. 254

F: (818) 907-1506

www.glendalesecurities.com




--

1

SEC-GLENDALE-E-0012630

**Justin Ulibarri**

| | |
|---|---|
| From: | Michelle White Janshen <michelle@columbiastock.com> |
| Sent: | Wednesday, August 19, 2015 1:53 PM |
| To: | Justin Ulibarri |
| Subject: | Re: FLOAT |

Yes we show they were registered under the S-1

On Wed, Aug 19, 2015 at 1:52 PM, Justin Ulibarri <JUlibarri@glendalesecurities.com> wrote:

Hey Michelle I forgot to ask you, can you please confirm the shares are registered? Thank you.

Cert#: 81

Shareholder: Wensheng Lin

Share Amount: 4,526,067

Symbol: IMMG

Sincerely,

Justin Ulibarri

Glendale Securities, Inc.

15233 Ventura Blvd., Suite 712

Sherman Oaks, CA 91403

P: (818) 907-1505 ext. 254

F: (818) 907-1506

www.glendalesecurities.com

From: Michelle White Janshen [mailto:michelle@columbiastock.com]
Sent: Wednesday, August 19, 2015 1:33 PM
To: Justin Ulibarri <JUlibarri@glendalesecurities.com>
Subject: Re: FLOAT

1

SEC-GLENDALE-E-0012631

DEPOSIT ANALYSIS

| | | |
|---|---|---|
| SYMBOL | R | IMMG |
| TOTAL OUTSTANDING SHARES | R | 100,201,045 |
| TOTAL CURRENT SHARES ON DEPOSIT AT GLENDALE CLEARING FIRMS | R | |
| TOTAL RESTRICTED SHARES ON DEPOSIT | R | |
| CLIENT RESTRICTED SHARES ON DEPOSIT | R | |
| FLOAT | R | 40,142,136 |
| FLOAT SOURCE | R | TA |
| ADDITIONAL SHARES ELIGIBLE FOR SALE PURSUANT TO RULE 144 | | |
| TOTAL FLOAT | CALC | 40,142,136 |
| CLIENT SHARES BEING DEPOSITED | R | 4,526,067 |
| CLIENT SHARES ON DEPOSIT BEFORE DEPOSIT | R | |
| TOTAL SHARES ON DEPOSIT AT GLENDALE CLEARING FIRMS AFTER NEW CUSTOMER DEPOSIT | CALC | 4,526,067 |
| TOTAL PERCENTAGE OF OUTSTANING SHARES HELD AT GLENDALE CLEARING FIRMS | CALC | 4.52% |
| TOTAL PERCENTAGE OF FLOAT SHARES HELD BY CUSTOMER (RESTRICTED NOT INCLUDED) | CALC | 11.28% % for Client OK |
| TOTAL PERCENTAGE OF FLOAT SHARES HELD AT GLENDALE CLEARING FIRMS (RESTRICTED NOT INCLUDED) | CALC | 11.28% % for Firm OK |
| DATE | R | 8/19/2015 |
| REVIEWED BY | | Paul E J |

SEC-GLENDALE-E-0012632