**ABSA**

PRELLERPLEIN

Not Transferable
Nie Oordraagbaar nie

(ONE THOUSAND THREE HUNDRED AND FIFTEEN RAND ONLY)

**BARCLAYS**

2013 -08- 2 4
TOG / 6338
62 - 44 - 34

#00020255#

F.A. Gallo                For Shares in Epsilon Charcoal Inc

SEC-ALPINE-E-0000489

## SUBSCRIPTION AGREEMENT

EPICURE CHARCOAL, INC.
112 North Curry Street
Carson City Nevada, 89703

**A.   Generally.**

Each person considering subscribing for the Shares should review the following instructions:

**Subscription Agreement.** Please complete, execute and deliver to the Company the enclosed copy of the Subscription Agreement. The Company will review the materials and, if the subscription is accepted, the Company will execute the Subscription Agreement and return one copy of the materials to you for your records.

The Company shall have the right to accept or reject any subscription, in whole or in part.

An acknowledgment of the acceptance of your subscription will be returned to you promptly after acceptance.

**Payment.** Payment for the amount of the Shares subscribed for shall be made at the time of delivery of the properly executed Subscription Agreement, or such time as the Company shall specify by written notice to subscribers (unless such period is extended in the sole discretion of the President of the Company), of a check or wire transfer of immediately available funds to the Company at the address set forth below, or to account specified by the Company. The closing of the transactions contemplated hereby (the "Closing") will be held on 90 days from 07-31-2013 or such earlier date specified in such notice (unless the closing date is extended in the sole discretion of the President of the Company by up to an additional 90 days). There is no minimum aggregate amount of Shares which must be sold as a condition precedent to the Closing, and the Company may provide for one or more Closings while continuing to offer the Shares that constitute the unsold portion of the Offering.

**B.   Communications.**

All documents and funds should be forwarded to:

EPICURE CHARCOAL, INC.
112 North Curry Street
Carson City Nevada, 89703

THE PURCHASE OF SHARES OF COMPANY, INC. INVOLVES A HIGH DEGREE OF RISK AND SHOULD BE CONSIDERED ONLY BY PERSONS WHO CAN BEAR THE RISK OF THE LOSS OF THEIR ENTIRE INVESTMENT.

EVERY POTENTIAL INVESTOR PRIOR TO ANY INVESTMENT OR PURCHASE OF COMPANY NAME, INC.'S SHARES SHOULD READ THE PROSPECTUS RELATING TO THIS OFFERING.



SEC-ALPINE-E-0000490

## SUBSCRIPTION AGREEMENT SIGNATURE PAGE

The undersigned (the "Subscriber") hereby irrevocably subscribes for that number of Shares set forth below, upon and subject to the terms and conditions set forth in the Corporation's Effective Final Prospectus filed on Form S-1 and dated on or around 07-01-2013.

Total Number of Shares to be Acquired _____ 3500

Amount to be Paid (price of $0.06 per Share) _____ $ 1800.00

IN WITNESS WHEREOF, the undersigned has executed this Subscription Agreement this 24 of _____AUGUST_____ 2013.

NAME: (PRINT) as it should appear on the Certificate: FRANCIS ALBERTUS GANO

ADDRESS: ████████████████████████████████

_____

If Joint Ownership, check one (all parties must sign above):
☐ Joint Tenants with Right of Survivorship
☐ Tenants-in-Common
☐ Community Property

If Fiduciary for a Business or an Organization, check one:
☐ Trust
☐ Estate
☐ Power of Attorney
Name and Type of Business Organization: _____

IDENTIFICATION AUTHENTICATION REQUIRED:

Below is my (circle one) Social Security # - Passport - Drivers License - Tax
ID - Other ████████████████████████

SIGNATURE: FA Gano _____

### ACCEPTANCE OF SUBSCRIPTION

The foregoing Subscription is hereby accepted for and on behalf of EPICURE CHARCOAL, INC.
this ____6th____ day of ____September____ 2013.

By _____
    Alex Robertson, President







SEC-ALPINE-E-0000492



I.D. No.

S. A. BURGER/S. A. CITIZEN

GOETSCH

LORRAINE JACQUELINE

SUID-AFRIKA

2007-11-05

ABSA

PRELLERPLEIN

Not Transferable
Nie Oordraagbaar nie

R

BARCLAYS

62 - 44 - 34

000020254 [redacted] 18

L.S. Goetsch [redacted] for Shares in Epiphany Chemical INC

SUBSCRIPTION AGREEMENT

EPICURE CHARCOAL, INC.
112 North Curry Street
Carson City, Nevada, 89703

A.   Instructions

Each person considering subscribing for the Shares should review the following instructions:

Subscription Agreement. Please complete, execute and deliver to the Company the enclosed copy of the Subscription Agreement. The Company will review the materials and, if the subscription is accepted, the Company will execute the Subscription Agreement and return one copy of the materials to you for your records.

The Company shall have the right to accept or reject any subscription, in whole or in part.

An acknowledgement of the acceptance of your subscription will be returned to you promptly after acceptance.

Payment. Payment for the amount of the Shares subscribed for shall be made at the time of delivery of the properly executed Subscription Agreement, or such date as the Company shall specify by written notice to subscribers (unless such period is extended in the sole discretion of the President of the Company), of a check or wire transfer of immediately available funds to the Company at the address set forth below in an account specified by the Company. The closing of the transactions contemplated hereby (the "Closing") will be held on 90 days from 07/31/2013 or such earlier date specified in such notice (unless the closing date is extended in the sole discretion of the President of the Company by up to an additional 90 days). There is no minimum aggregate amount of Shares which must be sold as a condition precedent to the Closing, and the Company may provide for one or more Closings while continuing to offer the Shares that constitute the unsold portion of the Offering.

B.   Communications

All documents and check should be forwarded to:

EPICURE CHARCOAL, INC.
112 North Curry Street
Carson City, Nevada, 89703

THE PURCHASE OF SHARES OF COMPANY, INC. INVOLVES A HIGH DEGREE OF RISK AND SHOULD BE CONSIDERED ONLY BY PERSONS WHO CAN BEAR THE RISK OF THE LOSS OF THEIR ENTIRE INVESTMENT.

EVERY POTENTIAL INVESTOR PRIOR TO ANY INVESTMENT OR PURCHASE OF COMPANYNAME, INC'S SHARES SHOULD READ THE PROSPECTUS RELATING TO THIS OFFERING.

## SUBSCRIPTION AGREEMENT SIGNATURE PAGE

The undersigned (the "Subscriber") hereby irrevocably subscribes for that number of Shares set forth below, upon and subject to the terms and conditions set forth in the Corporation's Effective Final Prospectus filed on Form S-1 and dated on or around 07-05-2013.

Total Number of Shares to be Acquired: _____ 3316

Amount to be Paid (price of $0.04 per Share): _____ $ 132-03

IN WITNESS WHEREOF, the undersigned has executed this Subscription Agreement this 04 of _____ August _____, 2013.

NAME : (PRINT) as it should appear on the Certificate: MORRAINE  JACQUELINE  GORTON

ADDRESS: _____

[If Joint Ownership, check one] (all parties must sign above):
☐ Joint Tenants with Right of Survivorship
☐ Tenants in Common
☐ Community Property

[If Fiduciary or a Business or an Organization, check one]:
☐ Trust
☐ Estate
☐ Power of Attorney
Name and Type of Business Organization: _____

IDENTIFICATION AUTHENTICATION REQUIRED:

[Subject to any vehicle one] Social Security # - Passport - Drivers License - Tax
ID# ☐ Other: _____

SIGNATURE _____

## ACCEPTANCE OF SUBSCRIPTION

The foregoing Subscription is hereby accepted for and on behalf of EPICURE CHARCOAL INC. this __ day of _____ September _____, 2013

By: _____

Alex Robertson, President





SEC-ALPINE-E-0000497



SEC-ALPINE-E-0000498

SUBSCRIPTION AGREEMENT

EPICURE CHARCOAL, INC.
112 North Curry Street
Carson City, Nevada, 89703

**A.   Instructions.**

Each person considering subscribing for the Shares should review the following instructions:

Subscription Agreement. Please complete, execute and deliver to the Company the enclosed copy of the Subscription Agreement. The Company will review the materials and, if the subscription is accepted, the Company will execute the Subscription Agreement and return one copy of the materials to you for your records.

The Company shall have the right to accept or reject any subscription, in whole or in part.

An acknowledgment of the acceptance of your subscription will be returned to you promptly after acceptance.

Payment. Payment for the amount of the Shares subscribed for shall be made at the time of delivery of the properly executed Subscription Agreement, or such date as the Company shall specify by written notice to subscribers (unless such period is extended in the sole discretion of the President of the Company), of a check or wire transfer of immediately available funds to the Company at the address set forth below or an account specified by the Company. The closing of the transactions contemplated hereby (the "Closing") will be held on 90 days from 07-31-2011 or such earlier date specified in such notice (unless the closing date is extended in the sole discretion of the President of the Company by up to an additional 90 days). There is no minimum aggregate amount of Shares which must be sold as a condition precedent to the Closing, and the Company may provide for one or more Closings while continuing to offer the Shares that constitute the unsold portion of the Offering.

**B.   Communications.**

All documents and check should be forwarded to:

EPICURE CHARCOAL, INC.
112 North Curry Street
Carson City, Nevada, 89703

THE PURCHASE OF SHARES OF COMPANY, INC. INVOLVES A HIGH DEGREE OF RISK AND SHOULD BE CONSIDERED ONLY BY PERSONS WHO CAN BEAR THE RISK OF THE LOSS OF THEIR ENTIRE INVESTMENT.

EVERY POTENTIAL INVESTOR PRIOR TO ANY INVESTMENT OR PURCHASE OF COMPANY NAME, INC.'S SHARES SHOULD READ THE PROSPECTUS RELATING TO THIS OFFERING.

SEC-ALPINE-E-0000499

SUBSCRIPTION AGREEMENT SIGNATURE PAGE

The undersigned (the "Subscriber") hereby irrevocably subscribes for that number of Shares set forth below, upon and subject to the terms and conditions set forth in the Corporation's Effective Final Prospectus filed on Form S-1 and dated on or around 07-01-2013.

Total Number of Shares to be Acquired _____ 1,165

Amount to be Paid (price of $0.04 per Share): _____ $ 180.00

IN WITNESS WHEREOF, the undersigned has executed this Subscription Agreement this 30 of _____, 2013.

NAME (PRINT) as it should appear on the Certificate: ESMERALDA EGTERHUIZEN

_____

ADDRESS: ████████████████████████████

_____

If Joint Ownership, check one (all parties must sign above):
☐ Joint Tenants with Right of Survivorship
☐ Tenants in Common
☐ Community Property

If Fiduciary or a Business or an Organization, check one:
☐ Trust
☐ Estate
☐ Power of Attorney
Name and Type of Business Organization: _____

IDENTIFICATION AUTHENTICATION REQUIRED

Below is my Social Security # / Passport / Drivers License / Tax ID # / Other ████████████████

SIGNATURE _____

ACCEPTANCE OF SUBSCRIPTION

The foregoing Subscription is hereby accepted for and on behalf of EPICURE CHARCOAL, INC. this ___ day of _____, 2013.

By _____
Alex Robertson, President

中信银行
CHINA CITIC BANK

境 外 汇 款 申 请 书
APPLICATION FOR FUNDS TRANSFER OVERSEAS

致：中信银行
TO: CHINA CITIC BANK

9/1/2015    OTC Markets | Official site of the OTCQX, OTCQB and OTC Pink Marketplaces featuring Free Stock & Bond Quotes, Trade Prices, Chart, Financials an...

Enter Symbol/Company Name

Company Directory | Stock Screener

## Prohibited Attorney List

SEC-ALPINE-E-0000502

9/1/2016    OTC Markets | Official site of the OTCQX, OTCQB and OTC Pink Marketplaces featuring Free Stock & Bond Quotes, Trade Prices, Chart, Financials an...

SEC-ALPINE-E-0000503



Immage Biotherapeutics Corp.



## Business Description

Immage Biotherapeutics is a biotechnology company developing cancer immunotherapy through its rapid and efficient development of cutting edge immunotherapy candidates. The company is in its process of developing novel anti-cancer immunotherapy candidates based on the foresight in the field.

## Financial Reporting/Disclosure

## Company Officers/Contacts

## Company Directors

## Company Notes

SEC-ALPINE-E-0000504

**Service Providers**

Accounting/Auditing Firm

9801 Westeimer Road
Suite 1190
Houston, TX 77042
United States

Legal Counsel

92N 9th Street
Surfside, FL, 33154.
United States.

Investor Relations Firm
NOT AVAILABLE



SEC-ALPINE-E-0000505



Scott Lawler Esq SEC FINRA violations

Web    News    Maps    Shopping    Videos    More ▾    Search tools

About 8,380 results (0.38 seconds)

including results for Scott *Lawyer* Esq SEC FINRA violations
Search only for Scott Lawler Esq SEC FINRA violations

Scott L. Silver - Silver Law Group
silverlaw.com/attorney-profile/scott-l-silver/ ▾
FINRA Arbitration · Stockbroker Misconduct · FINRA Sales Practice Violations ...
Investment and ... Scott regularly leads a widely recognized expert on the SEC's role
in the defense of class action law or FINRA, SEC, NYSE, and other matters ... Law
Seminar, Nova Southeastern Law School where he coauthored chapters on ...

FINRA - 2013 - Center for Business and Financial Law
www.nyls.edu/center-for.../finra.../finra-2013/ ▾ New York Law School ▾
... Esq. violation of section 17(a)(2) of the Securities Act, evasion of section 17(a)
of the Securities Act, violations of ... Scott R. Shriner, Esq. Ben Guss, Esq. ...
Oakhurst, Steve A. Suskauer, Esq., Scott E. Shriner, Esq. Ben Guss, Esq. ...
New York, Johnson, Sandy, Esq. ... Gina Montinardo, Esq. Jacquin Robinson ...

FINRA - 2013 - Center for Business and Financial Law
www.nyls.edu/center-for.../finra.../finra-2013/ ▾ New York Law School ▾
... Tanner Scott Frost, Esq. John R. Lupton, Esq. Breach of fiduciary duty, breaches
... Violation of Section 206 of the Investment Act, Thompson Tate Scott, Nasdaq ...

Sylvia Scott - Professionals - Freeman, Freeman & Smiley LLP
www.ffslaw.com › Professionals ▾ Freeman, Freeman and Smiley, LLP ▾
Sylvia Scott is a partner in her Los Angeles office and head of the firm's ... a former
enforcement attorney with the U.S. Securities and Exchange Commission ... Liability,
the Adviser partner with NASD, Ms. Scott developed a reputation for ... for ... situations
that involved allegations of various violations of securities regulations ...

W. Scott Lawler - Attorney at Law - OTC Markets
www.otcmarkets.com/.../W.-Scott-Lawler---Attorne... ▾ OTC Markets Group ▾
15+ items - Details of W. Scott Lawler - Attorney At Law's Attorneys
| Name | City | Symbol | Title |
| Watson Resource Group, Inc. | Newport | gvtxf | OTC Attorney for Intermountain |
| Loop Resources, Inc. | Las Vegas | LLRN | OTC Firms Owners |

W. Scott Lawler | LinkedIn
https://www.linkedin.com/pub/w-scott-lawler/b/52b/453 ▾
Phoenix, Arizona Area · Partner at Booth Udall Fuller PLLC
Booth Udall Fuller PLLC, W. Scott Lawler - Attorney at Law ... securities offering
reporting obligations, mergers, consolidations, corporate governance, ...

- W. Scott Lawler | Booth Udall Fuller
boothudall.com/attorneys/w-scott-lawler ▾
Aug 22, 2016 ... Mr. Lawler has twenty-seven (27) years of experience in the
representation ... in public and private offerings, SEC regulatory compliance, compliance
with the corporate governance standards established by NYSE, AMEX and NASDAQ,
... overseeing filings have been assigned an attorney client relationship.

[PDF] SR-FINRA-2010-039 Text of Proposed Rule Change
www.finra.org/sites/.../p121835.pdf ... Financial Industry Regulatory Authority ...
Jul 30, 2010 ... Charles willful violations of Section 206 of the Advisers Act when
acts client's adviser scope .... Securities 31, LLC, Attorney at Law, June 24, 2008,
Violate better's, FINRA's Letter ... .06/1979, Scott Charlton ...... own Lawler.

[PDF] C3A960029 - finra

SEC-ALPINE-E-0000506

Biotherapeutics Corp SEC FINRA violations - Google Search

 Biotherapeutics Corp SEC FINRA violations

Web    News    Images    Shopping    Videos    More    Search tools

About 216,000 results (0.39 seconds)

### FINRA Fines Merrill Lynch a Total of $6 Million for Reg SHO ...
https://www.finra.org/.../finra-fin...  ▾  Financial Industry Regulatory Authority
Oct 27, 2014 -   Fined Merrill Lynch Professional Clearing Corp. (Merrill Lynch PRO)
$3.5 million for violating Regulation SHO, an SEC rule that established a ...

### News Releases | FINRA.org
https://www.finra.org/.../newsroo...  ▾  Financial Industry Regulatory Authority
FINRA Fines Charles Schwab & Co., Inc. $2 Million for Net Capital ... FINRA Fines
Deutsche Bank Securities, Inc. $600,000 for Regulation SHO Violations ... 2015
and FINRA to Hold Webcast Compliance Outreach Program for Broker ...

### Dissenting Statement in the Matter of Oppenheimer & Co., Inc.
www.sec.gov/.../dissenting-stat...  ▾  U.S. Securities and Exchange Commission
Feb 4, 2015 - Dissenting Statement in the Matter of Oppenheimer & Co., Inc. ... 27,
2014) censure and fine of $45,000 for violations of FINRA ... (2 ,2015) censure and
fine of $20,000 for violations of SEC Rule 15c3-1, FINRA Rule 5360 ...

### Placement Agent Agreement by and between GTC ...
www.sec.gov/.../dex101.htm  ▾  U.S. Securities and Exchange Commission
Placement Agent Agreement by and between GTC Biotherapeutics, Inc and Halcon
... Neither FINRA, the ... barred the Company nor the Company is in compliance or in material
default of any of the provisions of its respective certificate, ... As of the respective
filing dates, the SEC Reports complied in all material respects with the ...

### SEC News Digest, February 10, 2012
https://www.sec.gov/.../dig021...  ▾  U.S. Securities and Exchange Commission
Feb 10, 2012 - The Commission concluded in conducting that FINRA disciplinary action
against ... also factored FINRA's findings that the Millennium violated NASD Rule
2370 and ... YEAR PHARMACEUTICAL THERAPEUTICS INC 8-b(5) ...

### SEC News Digest
https://www.sec.gov/.../dig033...  ▾  U.S. Securities and Exchange Commission
Mar 22, 2013 - According to the SEC's order, Jeffery violated the fiduciary duties he
has ... A compound substance filed by Wong Swee Tee, concerning his ... GW
OPENER INC OF 8-b6 04/01/13 OXYGEN BIOTHERAPEUTICS INC

### SEC News Digest, February 5, 2012
https://www.sec.gov/.../dig020...  ▾  U.S. Securities and Exchange Commission
Feb 5, 2012 - if any broker or dealer violates any securities which is in violation of the
Act, the ... Industry Regulatory Authority, Inc. ( FINRA) (SEC/FINRA 2012 also)
COMPTON 8-b6 01/01/11 CORCEPT THERAPEUTICS INC 08/ 5 06 ...

### SEC News Digest (Issue 2009-183: September 23, 2009)
https://www.sec.gov/.../dig092...  ▾  U.S. Securities and Exchange Commission
Sep 23, 2009 - SEC Suspends Trading in 37 Companies to Combat Corporate
Hijackings. ... in trading in the securities of Halcon Biotherapeutics Inc. (Company
lists) ... if any broker's dealer defers and abstracts that is in violation of that member
Authority (FINRA) member broker-dealers consenting to conclude to ...

### SEC News Digest, May 13, 2011
https://www.sec.gov/.../dig057...  ▾  U.S. Securities and Exchange Commission
May 13, 2011 - Commission Sustains FINRA's Findings of Violation Against and
MANAGER 8-b16 wch 8-01 05/12/11 Corcept Therapeutics Corp.

### SEC News Digest, March 19, 2013
https://www.sec.gov/.../dig031...  ▾  U.S. Securities and Exchange Commission
Mar 19, 2013 - "Their client violated a minute provision of this federal securities laws that
was in jeopardy with criteria case that that if find instead minute rules ... / law

SEC-ALPINE-E-0000507



Chen Sheng Li SEC FINRA violations

Web    News    Videos    Images    Shopping    More ▾    Search tools

About 12,400 results (0.43 seconds)

Finra BrokerCheck® - Finra.org
www.finra.org/brokercheck ▾
View Work History, Commissions, Licenses and Complaints, BC, EDA.

[PDF] Eddie Chen, Proposed Charging Letter - Directorate of ...
https://www.pmddtc.state.gov/.../Eddie... ▾ United States Department of State
Eddie Chen has committed five (5) violations of the Arms ... John Chen, Sheng Hao Jing, and Hua Xiong Lai ... per Workbook set forth in Section 127.10.
Missing: li finra

[PDF] Recent Insider Trading Actions | Summer 2014 - Schulte ...
www.srz.com/.../Recent_Insider_Trading_Actions_... ▾ Schulte Roth & Zabel
In October 2012, Sheng, Li and Wang consented to judgments against them ... holdings Ltd. Chen and Yao, finding that the SEC failed to adequately ... FINRA (turn may have received FINRA Rule 2010, which placed ... Shanghai Investment.

Asian American Law Students Association at University of ...
https://www.facebook.com/uscAALSA ▾
Secretary - Duen Liao Liao ... President: Abhijith K Roy (I) ... the program and processes or Board of Regents of ... with Regine Colvin and Chen Sheng.

China Changjiang Mining & New Energy Co., Ltd. - SEC
www.sec.gov/.../chjj_10k.htm ▾ U.S. Securities and Exchange Commission
Mar 28, 2016 - The 10-only review was was approved by FINRA on July 30, 2015, the Company has committed a violation of the above securities laws ... p.66. Wang Sheng Li is director of the Company. Mr. Chen Yeoting John...

Filed - Securities and Exchange Commission
https://www.sec.gov/.../form4-1... ▾ U.S. Securities and Exchange Commission
Notwithstanding FINRA above, Section 27A of the Securities Act of 1933, as amended 2011 upon approval from the Financial Industry Regulatory Authority ("FINRA") ... Furthermore our present intention is dealing with violations of federal and...

Chen Li Sheng - YouTube
https://www.youtube.com/user/wudangchenlisheng ▾
Wudang Master Chen Li Sheng, his documentation of Fei Wudang.com Tai Chi & Kung Wu generation. This school is located in Wudang Shan and is welcoming...
Missing: finra violations

Field and temperature dependence of intrinsic ...
link.aps.org/doi/10.../PhysRevB.91.054429 ▾ American Physical Society ▾
by Z Li - 2015 - Cited by 1 - Related articles
Mar 27, 2015 - ... guidance. Thanks and especially, thank Li, J and Li Zihao, Sheng, J Lee Guo, Jian Hong, Hu Liu, Wenjun Wang, and Yanning Zhou.
Missing: finra violations

News Article Archive from April 10, 2014 - Wsj.com
www.wsj.com/public/.../archive-2014-4-10.html ▾ The Wall Street Journal
Apr 10, 2014 - With 44 seconds left in the first and second April 10 term of speech and 9:30 ... City judges have committed midnight violations by wiping out a ... Walson Channel Zhuk g various closed web.com ... Chinese authorization Li Sheng b... leaving for a $900,000 ... Firm Backs Off From Expanding Oversight.

Corporate & Securities - Pillsbury Winthrop Shaw Pittman LLP
www.pillsburylaw.com › Services ▾ Pillsbury Winthrop Shaw Pittman
SEC rules the transfer is allowed to maintain a current list for sale to any company if the ... The staff of which chooses to conduct situations law violations to the SEC...

SEC-ALPINE-E-0000508

o Investor Information
o Division - Trading Markets
o Enforcement
o Regulatory Actions
o Staff Interpretations
o Other About Litigation

Enter your search term "Scott Lawler Esq"
Clear
  Search

# Search results

## Powered by Google

[PDF] SB-2 Research Report for Registrations Filed During 2005

www.sec.gov/rules/other/265-23/bsmith022006.pdf
W. **SCOTT LAWLER, ESQ.**, 1530-9 Avenue SE, Calgary, AB, T2G 0T7 Phone ( 403) 693-
8014. 6. Amy Trombly, Trombly Business Law, 1163 Walnut Street, ...

Powered by Google

## Pagination

« PreviousPage 1Next »

# Footer links

* Speeches
* Litigation
* Regulation
* Edgar
* Statutes
* Investor Education
* Company Filings
* Rulemaking
* FOIA
* No Fear and A to Z Index
* Whistleblower Protection
* Open Government

SEC-ALPINE-E-0000509

Enter your search term "Biotherapeutics Corp"

Clear

Search

# Search results

## Powered by Google

## BEAT BioTherapeutics Corp

www.sec.gov/cgi-bin/browse-edgar?
action=getcompany&CIK=%201574133%20&owner=include&count=40

## BEAT BioTherapeutics Corp - Detailed Company Information

www.edgarcompany.sec.gov/servlet/CompanyDBSearch?
page=detailed&cik=0001574133&main_back=8
Apr 16, 2013 ... Company Name: BEAT **BioTherapeutics Corp**, CIK: 0001574133, IRS
Number: 264819893, Reporting File Number: 021-195092, Regulated ...

## l inc:0001438823: #1 paintball corp:0001433777

www.sec.gov/edgar/NYU/cik.coleft.c
0001530656; ABBOTT **BIOTHERAPEUTICS CORP**:0001441848: ABBOTT CAPITAL 1330
INVESTORS I LP:0001078764: ABBOTT CAPITAL MANAGEMENT ...

Powered by Google

## Pagination

# Footer links

- 

SEC-ALPINE-E-0000510

- o Investor Information
- o News and Public Statements
- o Public Comments
- o Regulatory Actions
- o Staff Interpretations
- o Trading and Markets

Enter your search term "Chen Sheng Li"
Clear
Search

# Search results

Sorry, no results found for '"Chen Sheng Li"'. Try entering fewer or broader query terms.

# Footer links

- Site Map
- Accessibility
- Contracts
- Privacy
- Inspector General
- Agency Financial Report
- Budget & Performance
- Careers
- Contact
- FOIA
- No FEAR Act & EEO Data
- Whistleblower Protection
- Open Government
- Plain Writing
- Links
- Investor.gov
- USA.gov

SEC-ALPINE-E-0000511