# EXHIBIT 51

# TRANSFER AGENT COPY

Receipt # 50611

**COLUMBIA STOCK TRANSFER COMPANY**
601 E Seltice Way Suite 202
Post Falls, ID 83854

| | |
|---|---|
| Date | 5/6/2016 |
| From: | IMMAGE BIOTHERAPEUTICS CORP |
| To: | DWAC |

Complying with your transfer request, we enclose the following:

TRANSFER AGENT COPY

| Certificate Number | Issued in the name of: | Number of Shares | Cost Basis |
|---|---|---|---|
| 91 | CEDE & CO/DWAC BALANCE | 3,929,835 | |
| | Total Shares Issued | 3,929,835 | |

Transferred From:

| Certificate Number | In the Name of: | Number of Shares | Cost Basis |
|---|---|---|---|
| 77 | LYU SHENG GUI | 3,929,835 | |
| | Total Shares Cancelled | 3,929,835 | |

*******************************

| | | |
|---|---|---|
| Transfer fee on 0 newly issued certificates at $ 0 each | | $0.00 |
| Posting fee on 0 certificate(s) cancelled at $ $0. each | | $0.00 |
| Other Charges/Discounts: | | $0.00 |
| | Total Charges | $0.00 |
| | Total Payment Received | $0.00 |
| | Balance Due Upon Receipt | $0.00 |

*Paid /SO*

Make Checks payable to the COLUMBIA STOCK TRANSFER COMPANY

Authorized Signature

# DWAC
# DEPOSIT REQUEST

*IMMOG*
*Billad*
*Boothwell*

REQUEST DATE: 18th April 2016
BROKER/DEALE/R INFORMATION
CONTACT PHONE NUMBER: +44 020 7382 8300
CONTACT NAME: Sean North ACSI | Stockbroker
DTCC PARTICIPANT #: 0997
DTC Account number - CCMS
NAME OF BROKER/DEALER: Beaufort Securities

## SHAREHOLDER ACCOUNT INFORMATION

CONTACT PHONE NUMBER FOR ACCOUNT HOLDER: +▮
ACCOUNT NUMBER: ▮
EXACT ACCOUNT NAME: Lyu Sheng Gui

## SECURITY/STOCK INFORMATION
# OF SHARES: 3,929,835
CUSIP NUMBER: 45250J100
SYMBOL: IMMG
NAME OF ISSUER: Immage Biotherapeutics Corp.

## REQUESTOR INFORMATION
CONTACT E-MAIL ADDRESS: shengguilyu@sina.com
CONTACT PHONE NUMBER: +▮
NAME OF INDIVIDUAL SUBMITTING THIS REQUEST: Lyu Sheng Gui

## IMPORTANT INFORMATION NEEDED:
COST BASIS: USD $14,684
ACQUIRE DATE: 19th March 2015

Fee for DWAC: $100

**Please make sure the brokerage firm receiving the shares knows that there will be a DWAC incoming before submitting this form. Also, please have your shares Medallion Signature Guaranteed and send in with this form **

吕圣桂
Lyu Sheng Gui

# IRREVOCABLE STOCK/BOND POWER FORM

Date_____

For value received, the Undersigned does (do) hereby sell, assign and transfer to

_____

| | Taxpayer Identifying No. |
|---|---|
| | |

If Stock, complete this portion
- 3,929,835 shares of the __common__ stock of __Immage Biotherapeutics Corp.__
- represented by Certificate(s) No.(s) __77__ inclusive,
- standing in the name of the undersigned on the books of said Company.

If Bonds, complete this portion
- _____ bonds of _____
- in the principal amount of $_____, No.(s)_____ inclusive,
- standing in the name of the undersigned on the books of said Company.

The undersigned does (do) hereby irrevocably constitute and appoint _____
_____ attorney to transfer the said stock or bond(s), as the case may be, on the books of said Company, with full power of substitution in the premises.

In Presence of _____    吴圣桂 _____(SEAL)
(Person executing this power signs here)
SIGNATURE GUARANTEED

IMPORTANT – READ CAREFULLY

The signature(s) to this Power must correspond with the name(s) as written upon the face of the stock certificate(s) or bond(s), as the case may be, in every particular without alteration or enlargement or any change whatever.

__N/A__
(Name of Bank, Trust Company or Broker)

__N/A__
(Official Signature)

| Certificate No. | | Shares |
|---|---|---|
| 77 | | **3929835** |

INCORPORATED IN NEVADA

# IMMAGE BIOTHERAPEUTICS CORP.

COMMON

200,000,000 SHARES AUTHORIZED
PAR VALUE $0.001 PER SHARE

CUSIP 45250J100

this certifies **LYU SHENG GUI** is the record holder

**THREE MILLION NINE HUNDRED TWENTY NINE THOUSAND EIGHT HUNDRED THIRTY FIVE** shares of Common Stock of

## IMMAGE BIOTHERAPEUTICS CORP.

transferable only on the share register of the corporation, in person or by duly authorized  this certificate properly endorsed or assigned.

this certificate and the shares represented hereby are issued and shall be held subject to the Articles of Incorporation and the By-laws of the corporation and any amendments thereto.

WITNESS the signatures of its duly authorized 8th day of JULY A.D. 2015

For Value Received, _____ hereby sell, assign and transfer unto _____ Shares represented by the within Certificate, and do hereby irrevocably constitute and appoint _____ Attorney to transfer the said Shares on the books of the within named Corporation with full power of substitution in the premises.

Signed _____ Dated _____

In the presence of _____

NOTICE: THE SIGNATURE OF THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME AS WRITTEN UPON THE FACE OF THE CERTIFICATE, IN EVERY PARTICULAR, WITHOUT ALTERATION OR ENLARGEMENT, OR ANY CHANGE WHATEVER.

**MEDALLION SIGNATURE GUARANTEE REQUIRED**

SEC-COL-E-0004338

**Immage Biotherapeutics Corp.**
**10411 Motor City Drive, Suite 750**
**Bethesda, MD 20817**
**(480) 830-2700**

LETTER OF INDEMNIFICATION IN LIEU OF OR SUPPLEMENTAL TO A
MEDALLION SIGNATURE GUARANTEE

April 15, 2016

Columbia Stock Transfer Company
1869 E Seltice Way, Suite 292
Post Falls, ID 83854

Ladies and Gentlemen:

Immage Biotherapeutics Corp. (the "Company") hereby agrees to indemnify and hold harmless Columbia Stock Transfer Company, an Idaho limited liability trust company ("CSTC"), its affiliates, successors and assigns from and against any and all claims, damages, liabilities or losses to which they may be subject as a result of accepting this letter in connection with the transfer by Lyu Sheng Gui (the "Shareholder") of his shares represented by Certificate No. 77 to DWAC shares.

The Company hereby represents that the endorsement of the Shareholder affixed to the presented security or stock power in connection with the Transaction is genuine, that the endorser is the appropriate person to sign and that the endorser has the legal capacity to authorize this Transaction.

The Company hereby agrees that this letter agreement shall survive any currently effective service agreement with Company, by and between CSTC and the Company; and shall be binding upon and inure to the benefit of the Company's successors and assigns.

Immage Biotherapeutics Corp.

By: _____

Name: Zhi Cong Mou

Title: CEO

SEC-COL-E-0004339