# EXHIBIT 52

**TRANSFER AGENT COPY**  Receipt # 811116

COLUMBIA STOCK TRANSFER COMPANY
601 E Seltice Way Suite 202
Post Falls, ID 83854

Date: 8/11/2016
From: IMMAGE BIOTHERAPEUTICS
To: DWAC

Complying with your transfer request, we enclose the following:

**TRANSFER AGENT COPY**

| Certificate Number | Issued in the name of: | Number of Shares | Cost Basis |
|---|---|---|---|
| 92 | CEDE & CO/DWAC BALANCE | 4,181,268 | |
| | Total Shares Issued | 4,181,268 | |

Transferred From:

| Certificate Number | In the Name of: | Number of Shares | Cost Basis |
|---|---|---|---|
| 75 | XINNAN LI | 4,181,268 | |
| | Total Shares Cancelled | 4,181,268 | |

| | | |
|---|---|---|
| Transfer fee on 0 newly issued certificates at $ 0 each | | $0.00 |
| Posting fee on 0 certificate(s) cancelled at $ $0. each | | $0.00 |
| Other Charges/Discounts: | | $0.00 |
| | Total Charges | $0.00 |
| | Total Payment Received | $0.00 |
| | Balance Due Upon Receipt | $0.00 |

Make Checks payable to the COLUMBIA STOCK TRANSFER COMPANY

Authorized Signature

Print, complete and sign the form below. Mail it or fax it with these other required documents.

Cardholder's Name __W. Scott Lawler_____ (please print)

Cardholder's Billing Address

__1255 W. Rio Salado Parkway, Suite 215_____

City __Tempe_____   State/Prov. __AZ__   Zip __85281__

Country __USA_____

Telephone: __(480) 830-2700_____

Email: __psmith@boothudall.com_____

*paid*

Date of transfer: __August 8, 2016_____

Total Amount of Purchase to be charged to my credit card: $ __$150.00__ (leave blank if unknown)

Type of card: __Mastercard_____ (Visa-Mastercard-Discover-American Express)

Card number used to place this order: __[REDACTED]__

Bank Phone Number on the back of the card: __800-945-2017__

Expiration Date __[REDACTED]__

3 digit code on back of credit card __[REDACTED]__

I, the undersigned agree, understand and authorize the amount shown above to be charged to my credit card for the items shown on the referenced stock transfer

Signature of Cardholder: __/s/ W. Scott Lawler__

Date Signed: __8/5/2016__

Mail *ALL* required documents to:
Columbia Stock Transfer Company
1869 E Seltice Way #292
Post Falls, ID 83854
208-664-3544
Fax: 855-664-3544



After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

# DWAC
# DEPOSIT REQUEST



recc'd
8/16
paid

REQUEST DATE: August 8, 2016
BROKER/DEALE/R INFORMATION
CONTACT PHONE NUMBER: +501-615-1005
CONTACT NAME: Dioniss Speranskis
DTCC PARTICIPANT #: 00443, Pershing LLC
NAME OF BROKER/DEALER: Financials Worldwide Inc.

## SHAREHOLDER ACCOUNT INFORMATION
CONTACT PHONE NUMBER FOR ACCOUNT HOLDER:
ACCOUNT NUMBER:
EXACT ACCOUNT NAME: Li Xin Nan

## SECURITY/STOCK INFORMATION
# OF SHARES: 4,181,268
CUSIP NUMBER: 45250J 100
SYMBOL: IMMG
NAME OF ISSUER: Immage Biotherapeutics Corp.

## REQUESTOR INFORMATION
CONTACT E-MAIL ADDRESS: lixinnan876@qq.com
CONTACT PHONE NUMBER: +
NAME OF INDIVIDUAL SUBMITTING THIS REQUEST: Li Xin Nan

## IMPORTANT INFORMATION NEEDED:
COST BASIS: $0.0037
ACQUIRE DATE: March 31, 2015

Fee for DWAC: $150

**Please make sure the brokerage firm receiving the shares knows that there will be a DWAC incoming before submitting this form. Also, please have your shares Medallion Signature Guaranteed and send in with this form **



W. Scott Lawler
*Corporate/Securities Attorney*
WSL@BoothUdall.com

**Columbia Stock Transfer Company**
1869 E. Seltice Way
Suite 292
Post Falls, ID 83854

August 8, 2016

Re: *Immage Biotherapeutics Corp. ("IMMG")*

Ladies and Gentlemen:

Please find the original Stock Certificate No. 75 in the amount of 4,181,268 shares of the common stock of IMMG issued to Li Xin Nan, the Irrevocable Stock Power, the Medallion Guarantee Policy, the DWAC Deposit Request and our credit card authorization to DWAC these shares.

The cost basis for this issuance is USD $0.0037 per share.

If you have any questions, please feel free to contact my office.

Sincerely,

W. Scott Lawler, Esq.

1255 W. Rio Salado Pkwy., Ste. 215
Tempe, AZ 85281
P: 480.830.2700

Booth Udall Fuller, PLC
www.BoothUdall.com

3000 South 31st Street, Ste. 100
Temple, TX 76502
P: 254.870.5606

INCORPORATED IN NEVADA

Certificate No. **75**

Shares **\*\*4181268\*\***

# IMMAGE BIOTHERAPEUTICS CORP.

COMMON
200,000,000 SHARES AUTHORIZED
PAR VALUE $0.001 PER SHARE

CUSIP 45250J100

This certifies _____ **\*\*XINNAN LI\*\*** _____ is the record holder

\*\*FOUR MILLION ONE HUNDRED EIGHTY ONE THOUSAND TWO HUNDRED SIXTY EIGHT\*\* shares of Common Stock of

## IMMAGE BIOTHERAPEUTICS CORP.

transferable only on the share register of the corporation, in person or by duly authoriz this certificate properly endorsed or assigned.

this certificate and the shares represented hereby are issued and shall be held subject of Incorporation and the By-laws of the corporation and any amendments thereto.

WITNESS the signatures of its duly authorized **8th** day o **JULY** A.D. **2015**

Columbia Stock Transfer Company, 1809 E. Selice Way Suite 292, Post Falls, ID 83854

For Value Received, \_\_\_\_\_ hereby sell, assign and transfer unto _____ Shares represented by the within Certificate, and do hereby irrevocably constitute and appoint _____ Attorney to transfer the said Shares on the books of the within named Corporation with full power of substitution in the premises.

Signed _____ Dated _____

In the presence of _____

NOTICE: THE SIGNATURE ON THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME AS WRITTEN UPON THE FACE OF THE CERTIFICATE, IN EVERY PARTICULAR, WITHOUT ALTERATION OR ENLARGEMENT, OR ANY CHANGE WHATEVER.

**MEDALLION SIGNATURE GUARANTEE REQUIRED**

# Irrevocable Stock Power

For Value Received, the undersigned does (do) hereby sell, assign, and transfer to

_____DWAC_____

_____

____4,181,268_____ pre-split shares of common Capital Stock of IMMAGE BIOTHERAPEUTIC CORP., represented by Certificate(s) No.___75_____

inclusive, standing in the name of the undersigned on the books of said company.

The undersigned does (do) hereby irrevocably constitute and appoint __COLUMBIA STOCK TRANSFER COMPANY__ to transfer the said stock on the books of said corporation, with full power of substitution in the premises.

Signed    李新南 [signature]
          Li Xin Nan

Dated     _____

In Presence of   Huang Ya Ling   [signature 黃雅玲]

NOTICE: The signature(s) to this assignment must correspond with the name as written upon the face of the certificate, in every particular, without alteration, or any change whatever, and must be guaranteed by a commercial bank, trust company, or member firm of the Boston, New York, or Midwest Stock Exchange or Notary Public.

## Medallion Signature Guarantee Policy

### I. *Background*

Effective February 24, 1992, the US Securities and Exchange Commission adopted Rule 17Ad-15, which provides for the establishment of signature guarantee programs. Signatures guaranteed under this program ("Medallion Signature Guarantees") provide protection for securities processors who accept requests for transfers and/or sales of securities, by guaranteeing that that the signature is genuine, the signer is an appropriate person to endorse, and the signer had the legal capacity to sign. *"Guarantee" means a guarantee of the signature of the person endorsing a certificated security, or originating an instruction to transfer ownership of a security or instructions concerning transfer of securities.* Columbia Stock Transfer Company ("CSTC") requires endorsements to be guaranteed by an "eligible guarantor institution", which includes banks, brokers, dealers, municipal securities dealers, municipal securities brokers, government securities dealers, and government securities brokers, credit unions, national securities exchanges, registered securities associations, clearing agencies, and savings associations.

### II. *Obtaining a Medallion Signature Guarantee*

The Securities Transfer Association, Inc. ("STA") has approved three (3) Medallion Signature Guarantee programs:

1. Securities Transfer Agent Medallion Program ("STAMP"), which includes more than 7,000 US and Canadian financial institutions.

2. Stock Exchange Medallion Program ("SEMP"), which includes the regional stock exchange member firms, and clearing and trust companies.

3. New York Stock Exchange Medallion Signature Program ("MSP"), which includes NYSE member firms.

*AST requires all endorsements to be guaranteed by a member of one (1) of these programs, which are located throughout the US.*

#### A. *Shareholders located in Canada*

Shareholders located in Canada must obtain a Medallion Signature Guarantee from a Canadian Schedule 1 Chartered Bank. The guarantor must affix a stamp bearing the actual words "Signature Guaranteed", a signature, printed full name and an alpha-numeric signing number. Signature guarantees are not accepted from Treasury Branches, Credit Unions or Caisse Populaires unless they are members of the STA approved Medallion Signature Guarantee programs.

### B. *Shareholders located outside of the US and Canada*

If a shareholder is located outside of the US or Canada, the security, book-entry instruction and/or documents that require a Medallion Signature Guarantee can be presented to a local financial institution that has a corresponding US, or Canadian affiliate which is a member of one (1) of the approved Medallion Signature Guarantee programs. The corresponding affiliate will arrange for the signature to be over-guaranteed by the US or Canadian program member.

## III. *Exceptions to Requiring a Medallion Signature Guarantee*

1. For transfers of securities for amounts less than one hundred thousand dollars ($100,000), AST may waive the Medallion Signature Guarantee and accept an indemnity letter from the issuer of the securities, in the form attached hereto as Exhibit A.

2. The maximum transaction amount covered by a Medallion Signature Guarantee is ten million dollars ($10,000,000). For transfers of securities in excess of this amount, AST must receive an indemnity letter from the issuer of the securities, in the form attached hereto as Exhibit A.

    a. A single transaction is considered to be the transfer of securities from one (1) transferor on the same date, regardless of the number of transferees. A single transaction can be broken into multiple, smaller transactions by staggering the dates of the transfers to various transferees.

## IV. *Proper Endorsements*

If the certificated security/stock power/transfer instructions ("Endorsed Documentation") is endorsed by an entity other than the registered owner of the securities being transferred, then such Endorsed Documentation must be supported by the appropriate legal documentation, such as:

1. secretary's certificate or incumbency certificate
2. power of attorney
3. letters testamentary or of administration
4. copy of death certificate
5. inheritance tax waiver
6. trust agreement

Immage Biotherapeutics Corp.
110411 Motor City Drive, Suite 750
Bethesda, MD 20817

## LETTER OF INDEMNIFICATION IN LIEU OF OR SUPPLEMENTAL TO A MEDALLION SIGNATURE GUARANTEE

August 3, 2016

Columbia Stock Transfer Company
1869 E Seltice Way Suite 292
Post Falls ID 83854

Dear Ms. Janshen:

Immage Biotherapeutics Corp. (the "Company") hereby agrees to indemnify and hold harmless Columbia Stock Transfer Company an Idaho limited liability trust company ("CSTC"), its affiliates, successors and assigns from and against any and all claims, damages, liabilities or losses to which they may be subject as a result of accepting this letter in connection with the transfer by Li Xin Nan (the "Shareholder") of 4,181,268 shares of common stock represented by Certificate No. 75, to DWAC pursuant to the Shareholder's Instructions to CSTC.

The Company hereby represents that the endorsement of the Seller affixed to the presented security or stock power in connection with the Transaction is genuine, that the endorser is the appropriate person to sign and that the endorser has the legal capacity to authorize this Transaction.

The Company hereby agrees that this letter agreement shall survive any currently effective current service agreement with Company, by and between CSTC and the Company; and shall be binding upon and inure to the benefit of the Company's successors and assigns.

IMMAGE BIOTHERAPEUTICS CORP.

By: _____
Name: Mou Zhi Cong
Title: President

# Irrevocable Stock Power

For Value Received, the undersigned does (do) hereby sell, assign, and transfer to

_____DWAC_____

_____

_____4,151,268_____ pre-split shares of common Capital Stock of IMMAGE BIOTHERAPEUTIC CORP., represented by Certificate(s) No. ___75___

_____

inclusive, standing in the name of the undersigned on the books of said company.

The undersigned does (do) hereby irrevocably constitute and appoint __COLUMBIA STOCK TRANSFER COMPANY__ to transfer the said stock on the books of said corporation, with full power of substitution in the premises.

Signed    _____
          Li Yin Bao

Dated     _____

In Presence of _____

NOTICE: The signature(s) to this assignment must correspond with the name as written upon the face of the certificate, in every particular, without alteration, or any change whatever, and must be guaranteed by a commercial bank, trust company, or member firm of the Boston, New York, or Midwest Stock Exchange or Notary Public.

## Medallion Signature Guarantee Policy

### I. *Background*

Effective February 24, 1992, the US Securities and Exchange Commission adopted Rule 17Ad-15, which provides for the establishment of signature guarantee programs. Signatures guaranteed under this program ("Medallion Signature Guarantees") provide protection for securities processors who accept requests for transfers and/or sales of securities, by guaranteeing that that the signature is genuine, the signer is an appropriate person to endorse, and the signer had the legal capacity to sign. *"Guarantee" means a guarantee of the signature of the person endorsing a certificated security, or originating an instruction to transfer ownership of a security or instructions concerning transfer of securities.* Columbia Stock Transfer Company ("CSTC") requires endorsements to be guaranteed by an "eligible guarantor institution", which includes banks, brokers, dealers, municipal securities dealers, municipal securities brokers, government securities dealers, and government securities brokers, credit unions, national securities exchanges, registered securities associations, clearing agencies, and savings associations.

### II. *Obtaining a Medallion Signature Guarantee*

The Securities Transfer Association, Inc. ("STA") has approved three (3) Medallion Signature Guarantee programs:

1. Securities Transfer Agent Medallion Program ("STAMP"), which includes more than 7,000 US and Canadian financial institutions.

2. Stock Exchange Medallion Program ("SEMP"), which includes the regional stock exchange member firms, and clearing and trust companies.

3. New York Stock Exchange Medallion Signature Program ("MSP"), which includes NYSE member firms.

*AST requires all endorsements to be guaranteed by a member of one (1) of these programs, which are located throughout the US.*

#### A. *Shareholders located in Canada*

Shareholders located in Canada must obtain a Medallion Signature Guarantee from a Canadian Schedule 1 Chartered Bank. The guarantor must affix a stamp bearing the actual words "Signature Guaranteed", a signature, printed full name and an alpha-numeric signing number. Signature guarantees are not accepted from Treasury Branches, Credit Unions or Caisse Populaires unless they are members of the STA approved Medallion Signature Guarantee programs.

CSTC Confidential and Proprietary Information                                                                                                          1

SEC-COL-E-0004299

### B. *Shareholders located outside of the US and Canada*

If a shareholder is located outside of the US or Canada, the security, book-entry instruction and/or documents that require a Medallion Signature Guarantee can be presented to a local financial institution that has a corresponding US, or Canadian affiliate which is a member of one (1) of the approved Medallion Signature Guarantee programs. The corresponding affiliate will arrange for the signature to be over-guaranteed by the US or Canadian program member.

### III. *Exceptions to Requiring a Medallion Signature Guarantee*

1. For transfers of securities for amounts less than one hundred thousand dollars ($100,000), AST may waive the Medallion Signature Guarantee and accept an indemnity letter from the issuer of the securities, in the form attached hereto as Exhibit A.

2. The maximum transaction amount covered by a Medallion Signature Guarantee is ten million dollars ($10,000,000). For transfers of securities in excess of this amount, AST must receive an indemnity letter from the issuer of the securities, in the form attached hereto as Exhibit A.

    a. A single transaction is considered to be the transfer of securities from one (1) transferor on the same date, regardless of the number of transferees. A single transaction can be broken into multiple, smaller transactions by staggering the dates of the transfers to various transferees.

### IV. *Proper Endorsements*

If the certificated security/stock power/transfer instructions ("Endorsed Documentation") is endorsed by an entity other than the registered owner of the securities being transferred, then such Endorsed Documentation must be supported by the appropriate legal documentation, such as:

1. secretary's certificate or incumbency certificate
2. power of attorney
3. letters testamentary or of administration
4. copy of death certificate
5. inheritance tax waiver
6. trust agreement

<u>LETTER OF INDEMNIFICATION IN LIEU OF OR SUPPLEMENTAL TO A
MEDALLION SIGNATURE GUARANTEE</u>

August 3, 2016

Columbia Stock Transfer Company
1869 E Seltice Way Suite 292
Post Falls ID 83854

Dear Ms. Janshen:

Immage Biotherapeutics Corp. (the "Company") hereby agrees to indemnify and hold harmless Columbia Stock Transfer Company an Idaho limited liability trust company ("CSTC"), its affiliates, successors and assigns from and against any and all claims, damages, liabilities or losses to which they may be subject as a result of accepting this letter in connection with the transfer by Li Xin Nan (the "Shareholder") of 4,181,268 shares of common stock represented by Certificate No. 75, to DWAC pursuant to the Shareholder's Instructions to CSTC.

The Company hereby represents that the endorsement of the Seller affixed to the presented security or stock power in connection with the Transaction is genuine, that the endorser is the appropriate person to sign and that the endorser has the legal capacity to authorize this Transaction.

The Company hereby agrees that this letter agreement shall survive any currently effective current service agreement with Company, by and between CSTC and the Company; and shall be binding upon and inure to the benefit of the Company's successors and assigns.

IMMAGE BIOTHERAPEUTICS CORP.

By: _____
Name: Mou Zhi Cong
Title: President