# EXHIBIT 53

# TRANSFER AGENT COPY

Receipt # 91516

## COLUMBIA STOCK TRANSFER COMPANY
601 E Seltice Way Suite 202
Post Falls, ID 83854

| | |
|---|---|
| Date | 9/15/2016 |
| From: | IMMAGE BIOTHERAPEUTICS INC |
| To: | DWAC |

Complying with your transfer request, we enclose the following:

# TRANSFER AGENT COPY

| Certificate Number | Issued in the name of: | Number of Shares | Cost Basis |
|---|---|---|---|
| 93 | CEDE & CO/DWAC BALANCE | 4,202,562 | |
| | Total Shares Issued | 4,202,562 | |

Transferred From:

| Certificate Number | In the Name of: | Number of Shares | Cost Basis |
|---|---|---|---|
| 83 | WEIBIAO WEI | 4,202,562 | |
| | Total Shares Cancelled | 4,202,562 | |

*****************************

| | | |
|---|---|---|
| Transfer fee on 0 newly issued certificates at $ 0 each | | $0.00 |
| Posting fee on 0 certificate(s) cancelled at $ $0. each | | $0.00 |
| Other Charges/Discounts: DWAC | | $150.00 |
| | Total Charges | $150.00 |
| | Total Payment Received | $0.00 |
| | Balance Due Upon Receipt | $150.00 |

Make Checks payable to the COLUMBIA STOCK TRANSFER COMPANY

Authorized Signature

# DWAC
# DEPOSIT REQUEST

REQUEST DATE: September 9th, 2016
BROKER/DEALE/R INFORMATION
CONTACT PHONE NUMBER: +5016151005
CONTACT NAME: Dioniss Speranskis
DTCC PARTICIPANT #: 00443, Pershing LLC
NAME OF BROKER/DEALER: Financials Worldwide Inc.

9/13/16
sent

## SHAREHOLDER ACCOUNT INFORMATION
CONTACT PHONE NUMBER FOR ACCOUNT HOLDER:
ACCOUNT NUMBER: ███
EXACT ACCOUNT NAME: Wei Wei Biao

## SECURITY/STOCK INFORMATION
# OF SHARES: 4,202,562
CUSIP NUMBER: 45250J100
SYMBOL: IMMG
NAME OF ISSUER: Immage Biotherapeutics Corp.

## REQUESTOR INFORMATION
CONTACT E-MAIL ADDRESS: weibiao.wei1990@gmail.com
CONTACT PHONE NUMBER: ███
NAME OF INDIVIDUAL SUBMITTING THIS REQUEST: Wei Wei Biao

## IMPORTANT INFORMATION NEEDED:
COST BASIS: $0.0037
ACQUIRE DATE: March 31, 2015

Fee for DWAC: $150

**Please make sure the brokerage firm receiving the shares knows that there will be a DWAC incoming before submitting this form. Also, please have your shares Medallion Signature Guaranteed and send in with this form **

# BOOTH UDALL FULLER
## INTELLECTUAL PROPERTY LAW

W. Scott Lawler
Corporate/Securities Attorney
WSL@BoothUdall.com

**Columbia Stock Transfer Company**
1869 E. Seltice Way
Suite 292
Post Falls, ID 83854

September 8, 2016

Re: *Immage Biotherapeutics Corp. ("IMMG")*

Ladies and Gentlemen:

Please find the original Stock Certificate No. 83 in the amount of 4,202,562 shares of the common stock of IMMG issued to Wei Wei Biao, the original Irrevocable Stock Power, the Medallion Guarantee Policy, the DWAC Deposit Request and our credit card authorization to DWAC these shares.

The cost basis for this issuance is USD $0.0037 per share.

If you have any questions, please feel free to contact my office.

Sincerely,

[signature]

W. Scott Lawler, Esq.

1255 W. Rio Salado Pkwy., Ste. 215
Tempe, AZ 85281
P: 480.830.2700

Booth Udall Fuller, PLC
www.BoothUdall.com

3000 South 31st Street, Ste. 100
Temple, TX 76502
P: 254.870.5606

| Certificate No. | | Shares |
|---|---|---|
| 83 | *INCORPORATED IN NEVADA* | **4202562** |

# IMMAGE BIOTHERAPEUTICS CORP.

COMMON
200,000,000 SHARES AUTHORIZED
PAR VALUE $0.001 PER SHARE

CUSIP 45250J100

This certifies **WEIBIAO WEI** is the record holder

**FOUR MILLION TWO HUNDRED TWO THOUSAND FIVE HUNDRED SIXTY TWO** shares of Common Stock of

## IMMAGE BIOTHERAPEUTICS CORP.

transferable only on the share register of the corporation, in person or by duly authoriz this certificate properly endorsed or assigned.

This certificate and the shares represented hereby are issued and shall be held subject of Incorporation and the By-laws of the corporation and any amendments thereto.

WITNESS the signatures of its duly authorized **30th** day of **JULY** A.D. **2015**

牟馅胀  牟馅胀

Columbia Stock Transfer Company, 1869 E. Seltice Way Suite 242, Post Falls, ID 83854

For Value Received, _____ hereby sell, assign and transfer unto _____

_____ Shares

represented by the within Certificate, and do hereby irrevocably constitute and appoint _____

Attorney to transfer the said Shares on the books of the within named Corporation with full power of substitution in the premises.

Signed _____ Dated _____

<u>In the presence of</u> _____

**MEDALLION SIGNATURE GUARANTEE REQUIRED**

NOTICE: THE SIGNATURE TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME AS WRITTEN UPON THE FACE OF THE CERTIFICATE, IN EVERY PARTICULAR, WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATEVER.

## Irrevocable Stock Power

For Value Received, the undersigned does (do) hereby sell, assign, and transfer to

_____DWAC_____

_____

_____4,202,562_____ presplit shares of common Capital Stock of IMMAGE BIOTHERAPEUTIC CORP., represented by Certificate(s) No._____83_____

inclusive, standing in the name of the undersigned on the books of said company.

The undersigned does (do) hereby irrevocably constitute and appoint __COLUMBIA STOCK TRANSFER COMPANY__ to transfer the said stock on the books of said corporation, with full power of substitution in the premises.

Signed _[signature]_
       Wei Wei Biao

Dated __9/5/2016__

In Presence of _Pan XiaoYing 潘晓盈_

NOTICE: The signature(s) to this assignment must correspond with the name as written upon the face of the certificate, in every particular, without alteration, or any change whatever, and must be guaranteed by a commercial bank, trust company, or member firm of the Boston, New York, or Midwest Stock Exchange or Notary Public.

## Medallion Signature Guarantee Policy

### I. *Background*

Effective February 24, 1992, the US Securities and Exchange Commission adopted Rule 17Ad-15, which provides for the establishment of signature guarantee programs. Signatures guaranteed under this program ("Medallion Signature Guarantees") provide protection for securities processors who accept requests for transfers and/or sales of securities, by guaranteeing that that the signature is genuine, the signer is an appropriate person to endorse, and the signer had the legal capacity to sign. *"Guarantee" means a guarantee of the signature of the person endorsing a certificated security, or originating an instruction to transfer ownership of a security or instructions concerning transfer of securities.* Columbia Stock Transfer Company ("CSTC") requires endorsements to be guaranteed by an "eligible guarantor institution", which includes banks, brokers, dealers, municipal securities dealers, municipal securities brokers, government securities dealers, and government securities brokers, credit unions, national securities exchanges, registered securities associations, clearing agencies, and savings associations.

### II. *Obtaining a Medallion Signature Guarantee*

The Securities Transfer Association, Inc. ("STA") has approved three (3) Medallion Signature Guarantee programs:

1. Securities Transfer Agent Medallion Program ("STAMP"), which includes more than 7,000 US and Canadian financial institutions.

2. Stock Exchange Medallion Program ("SEMP"), which includes the regional stock exchange member firms, and clearing and trust companies.

3. New York Stock Exchange Medallion Signature Program ("MSP"), which includes NYSE member firms.

*AST requires all endorsements to be guaranteed by a member of one (1) of these programs, which are located throughout the US.*

#### A. *Shareholders located in Canada*

Shareholders located in Canada must obtain a Medallion Signature Guarantee from a Canadian Schedule 1 Chartered Bank. The guarantor must affix a stamp bearing the actual words "Signature Guaranteed", a signature, printed full name and an alpha-numeric signing number. Signature guarantees are not accepted from Treasury Branches, Credit Unions or Caisse Populaires unless they are members of the STA approved Medallion Signature Guarantee programs.

### B. *Shareholders located outside of the US and Canada*

If a shareholder is located outside of the US or Canada, the security, book-entry instruction and/or documents that require a Medallion Signature Guarantee can be presented to a local financial institution that has a corresponding US, or Canadian affiliate which is a member of one (1) of the approved Medallion Signature Guarantee programs. The corresponding affiliate will arrange for the signature to be over-guaranteed by the US or Canadian program member.

### III. *Exceptions to Requiring a Medallion Signature Guarantee*

1. For transfers of securities for amounts less than one hundred thousand dollars ($100,000), AST may waive the Medallion Signature Guarantee and accept an indemnity letter from the issuer of the securities, in the form attached hereto as Exhibit A.

2. The maximum transaction amount covered by a Medallion Signature Guarantee is ten million dollars ($10,000,000). For transfers of securities in excess of this amount, AST must receive an indemnity letter from the issuer of the securities, in the form attached hereto as Exhibit A.

    a. A single transaction is considered to be the transfer of securities from one (1) transferor on the same date, regardless of the number of transferees. A single transaction can be broken into multiple, smaller transactions by staggering the dates of the transfers to various transferees.

### IV. *Proper Endorsements*

If the certificated security/stock power/transfer instructions ("Endorsed Documentation") is endorsed by an entity other than the registered owner of the securities being transferred, then such Endorsed Documentation must be supported by the appropriate legal documentation, such as:

1. secretary's certificate or incumbency certificate
2. power of attorney
3. letters testamentary or of administration
4. copy of death certificate
5. inheritance tax waiver
6. trust agreement

Exhibit A

**Immage Biotherapeutics Corp.**
10411 Motor City Drive, Suite 750
Bethesda, MD 20817
(866) 692-2930

**LETTER OF INDEMNIFICATION IN LIEU OF OR SUPPLEMENTAL TO A MEDALLION SIGNATURE GUARANTEE**

September 8, 2016

Columbia Stock Transfer Company
1869 E Seltice Way Suite 292
Post Falls ID 83854

Dear Ms. Janshen:

Immage Biotherapeutics Corp. (the "Company") hereby agrees to indemnify and hold harmless Columbia Stock Transfer Company an Idaho limited liability trust company ("CSTC"), its affiliates, successors and assigns from and against any and all claims, damages, liabilities or losses to which they may be subject as a result of accepting this letter in connection with the sale by Wei Wei Biao (the "Shareholder") of 4,202,562 shares of common stock represented by Certificate No. 83, to DWAC pursuant to Shareholder's Instructions to CSTC.

The Company hereby represents that the endorsement of the Seller affixed to the presented security or stock power in connection with the Transaction is genuine, that the endorser is the appropriate person to sign and that the endorser has the legal capacity to authorize this Transaction.

The Company hereby agrees that this letter agreement shall survive any currently effective service agreement with Company, by and between CSTC and the Company; and shall be binding upon and inure to the benefit of the Company's successors and assigns.

IMMAGE BIOTHERAPEUTICA CORP.

By: _____
Name: Mou Zhi Cong
Title: President

Print, complete and sign the form below. Mail it or fax it with these other required documents.

Cardholder's Name __W. Scott Lawler, Booth Udall Fuller PLC__ (please print)

Cardholder's Billing Address

__1255 W. Rio Salado Parkway, Suite 215__

City __Tempe__    State/Prov. __AZ__    Zip __85281__

Country __USA__

Telephone: __480-830-2700__

Email: __psmith@boothudall.com__

Date of transfer: _____

Total Amount of Purchase to be charged to my credit card: $ __150.00__ (leave blank if unknown)

Type of card: __Mastercard__ (Visa-Mastercard-Discover-American Express)

Card number used to place this order: ██████████████████

Bank Phone Number on the back of the card: __800-945-2027__

Expiration Date ██████

3 digit code on back of credit card ██████

I, the undersigned agree, understand and authorize the amount shown above to be charged to my credit card for the items shown on the referenced stock transfer

Signature of Cardholder: _[signature]_

Date Signed: __09/08/2016__

Mail *ALL* required documents to:
Columbia Stock Transfer Company
1869 E Seltice Way #292
Post Falls, ID 83854
208-664-3544
Fax: 855-664-3544