# EXHIBIT 59

**CHEN TRADING SUMMARY**

| Trade Date | Quantity Sold | Average Price | Gross Amount | Net Amount (post fees) |
|---|---|---|---|---|
| 11/12/2015 | 3,500 | $0.250000 | $875.00 | $781.87 |
| 11/18/2015 | 1,500 | $0.250000 | $375.00 | $309.37 |
| 1/30/2017 | 2,500 | $0.300000 | $750.00 | $671.31 |
| 1/31/2017 | 7,500 | $0.300000 | $2,250.00 | $2,103.93 |
| 2/2/2017 | 20,000 | $0.741000 | $14,820.00 | $14,038.70 |
| 2/3/2017 | 10,000 | $0.820000 | $8,200.00 | $7,747.73 |
| 2/8/2017 | 10,000 | $0.550000 | $5,500.00 | $5,181.44 |
| 2/8/2017 | 10,000 | $0.603000 | $6,030.00 | $5,685.19 |
| 2/8/2017 | 10,000 | $0.518100 | $5,181.00 | $4,878.23 |
| 2/17/2017 | 20,000 | $0.462200 | $9,244.00 | $8,785.05 |
| 2/17/2017 | 20,000 | $0.510000 | $10,200.00 | $9,698.49 |
| 2/22/2017 | 39,500 | $0.351300 | $13,876.35 | $13,139.46 |
| 2/22/2017 | 60,500 | $0.377900 | $22,862.95 | $21,679.78 |
| 3/1/2017 | 8,000 | $0.403100 | $3,224.80 | $3,019.14 |
| 3/28/2017 | 436,300 | $0.708810 | $309,253.80 | $293,888.04 |
| 3/28/2017 | 12,000 | $0.650000 | $7,800.00 | $7,367.29 |
| 3/28/2017 | 12,000 | $0.640000 | $7,680.00 | $7,253.24 |
| 3/28/2017 | 12,000 | $0.630000 | $7,560.00 | $7,139.18 |
| 3/28/2017 | 12,000 | $0.620600 | $7,447.20 | $7,031.96 |
| 3/28/2017 | 12,000 | $0.610000 | $7,320.00 | $6,911.07 |
| 3/29/2017 | 30,000 | $0.793767 | $23,813.01 | $22,585.18 |
| 3/30/2017 | 75,000 | $0.958320 | $71,874.00 | $68,263.72 |
| 3/31/2017 | 63,000 | $1.128600 | $71,101.80 | $67,885.26 |
| TOTAL | 887,300 | | $617,238.91 | $586,044.63 |