# EXHIBIT 89



# New Milestones and Recognition for ImMAGE Biotherapeutics

ImMAGE has been recognized as a Stellar Startups award finalist, invited to present research findings, and accepted into a European accelerator.

NEWS PROVIDED BY
**ImMAGE Biotherapeutics Corp.** →
Sep 13, 2016, 09:30 ET

BETHESDA, Md. and PHILADELPHIA, Sept. 13, 2016 /PRNewswire/ -- ImMAGE Biotherapeutics (OTCMKTS: IMMG), an early stage biotechnology company developing an immunotherapy treatment for triple-negative breast cancer (TNBC), today announced several new milestones and achievements that demonstrate the company's continued growth.

ImMAGE has been recognized by Philadelphia Media Network, publisher of *The Philadelphia Inquirer*, *Daily News* and *Philly.com,* as a finalist for the inaugural **Stellar StartUps Awards**. The company is one of four finalists in the Healthcare category and was selected for its dedication to improving people's lives while also fueling economic growth. The winners will be announced at a live event at the Pennovation Center on Thursday, **September 29** in Philadelphia.

Mahesh Narayanan, Chief Operating Officer, will present at PA Bio's annual **Life Sciences Future** conference on Wednesday, **October 26** in Philadelphia. ImMAGE's presentation will focus on preliminary results from their first round of animal trials. The animal trials follow completion of positive in-vitro trials that targeted a specific protein, MAGE A, to find a better treatment for TNBC.

ImMAGE has also been selected to participate in **YEi Start in France**, an accelerator designed to help entrepreneurs grow their business in France and Europe. ImMAGE will complete a one-week immersion in France on **December 4-9** that will connect the company to extensive resources and business networks in Europe.

**About ImMAGE Biotherapeutics**

ImMAGE Biotherapeutics Corp. (OTCMKTS: IMMG) was founded in 2015 to harness the power of the human immune system to treat cancer. The company, which has a presence in the Washington, DC and Philadelphia regions, is developing multiple viable candidates to treat triple-negative breast cancer (TNBC) and has progressed from in-vitro trials to animal testing. The immunotherapy market is expected to grow to $9 billion by 2022 and may be used in up to 60% of cases of advanced cancer. Learn more at www.immagebio.com.

**Contact: jcueto@slicecommunications.com**

SOURCE ImMAGE Biotherapeutics Corp.

Related Links

http://www.immagebio.com