# EXHIBIT 95

# GLENDALE SECURITIES, INC.

15233 Ventura Boulevard ■ Suite 712 ■ Sherman Oaks, CA 91403
ph: 866.803.7900 U.S. ■ ph: 818.907.1505 INTL. ■ fax: 818.907.1505

www.glendalesecurities.com ■ Member FINRA · SIPC

## Client Authorization Form

## Lin Wen Sheng

*The Client Authorization Form shows who you are authorizing Glendale Securities Inc. to receive instruction from in the selected areas below. This form must be signed by an Authorized Individual of the Brokerage Account Agreement.*

| Name | Email | Telephone | Order Entry | View Reports | Client Requests | Authorize ACH/Wire | Open/Close Account |
|------|-------|-----------|-------------|--------------|-----------------|--------------------|--------------------|
| LIN WEN SHENG | WENSHENG28435@@163.COM | ▓▓▓▓▓▓ | X | X | X | X | X |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## Authorized Individual

By:   X   *[signature]*

Name: LIN WEN SHENG

Date: 07/08/2015

SEC-GLENDALE-E-0004194

## Employment Information

If employed, please list the name and address of your employer and the nature of the business. If you are self-employed, provide the name of your business and the industry. If retired, please list your last position. If not employed, please state the reason and the source of investable funds. Students are not eligible for margin accounts.

### ACCOUNT OWNER:

■ Employed      ☐ Self Employed      ☐ Not Employed      ☐ Student      ☐ Retired

Shantou Jinping Sunny Machinery Factory

Employer

No. 277, University Road, Jinping District

Employer Address

Shantou, Guangdong, 515061 China

Employer Address 2

Employer's Phone Number

Assistant Engineer

Title/Position

Machinery, Industrial Parts & Tools

Nature of Employer's business

If not employed, list reason and source of investable funds

### JOINT ACCOUNT OWNER:

☐ Employed      ☐ Self Employed      ☐ Not Employed      ☐ Student      ☐ Retired

Employer

Employer Address

Employer Address 2

Employer's Phone Number

Title/Position

Nature of Employer's business

If not employed, list reason and source of investable funds

## Referral Information

Please tell us how you learned of Glendale Securities, Inc.

■ Friend      ☐ Internet Search      ☐ Referred by Issuer      ☐ Professional Referral (Lawyer, Acct. etc.)      ☐ Other

Shengqui

Referrer

I searched for:

Friend

Your relationship with referrer

Other Source

SEC-GLENDALE-E-0004195