# EXHIBIT 96

461840755
08/27/2015

*Jana Tew*


ALPINE SECURITIES

### Personal
- Account Name (First, Middle, Last): Chen Sheng Li
- Social Security or Tax ID Number: [redacted]
- Date of Birth (MM/DD/YYYY): [redacted]
- Marital Status: Married
- Number of Dependents: One (1)
- Driver's License/Passport Number: [redacted]
- Issuing State/Country: China
- Expiration Date: 03/23/2025
- Citizenship: Chinese

### Personal (Joint Tenant)
(blank)

### Primary Contact Information
- Home Address: [redacted]
- Email Address: chenslsld@sina.com

*Consent to Electronic Delivery of Official Communications:* By providing your email address, you agree that Alpine may send all account documents to you electronically via a secure online site...

**Cash Sweep Options** (select only one choice for the uninvested cash in your account):
- ☒ Sweep uninvested cash (Free Credit Balances) into the Dreyfus General Money Market Fund
- ☐ Retain uninvested cash in the Free Credit Balance...

### Employment
- Employer Name: Dongguan Keguan Mechanical And Electrical Co., Ltd.
- Position/Title: Deputy Sales Manager
- Employer's Address: No. 5, Daxin Area, Huaide Community, Humen Town, Dongguan, Guangdong, China

### Affiliate Disclosure
In the space below, provide a complete and accurate list of every public company for which the entity or an authorized person is:
(1) An officer or director:

| Company Name | CUSIP Number | Title | # Of Shares Owned |
|---|---|---|---|
| NONE | | | |

*Alpine requires that all representatives of the above entity applicant who are authorized to make trades or account management decisions on its behalf provide the above information and sign the below agreement. If you need additional form pages, please request them from your account representative or our office.*



## Affiliations and Acknowledgements

### Primary Bank or Credit Union
Please list below any bank, credit union, or other financial institution where you hold a primary checking or savings account.

Firm Name(s): **China Citic Bank**　　　　Location(s) (City, State): **China**

### Other Accounts
Please list below any other brokerage or investment firm(s) where you hold an account. If none, write "NONE."

Firm Name(s): **None.**　　　　Location(s) (City, State):

### Securities Industry Affiliation
Are you employed by or associated with the securities industry or a financial services regulator?

☐ Yes (list associated firm(s) or organization(s) below)　　☒ No

Firm Name(s):　　　　Location(s) (City, State):

### Military or Government Affiliation
Are you or your immediate family member or business associate a senior foreign political official?

☐ Yes (list title and country below)　　☒ No

Title:　　　　Country:

### Institutional Account
Is this account an institutional account, defined under FINRA R. 4512(c) as either:
a. A bank, savings and loan association, insurance company or registered investment company;
b. An investment adviser registered either with the SEC under Section 203 of the Investment Advisers Act or with a state securities commission (or any agency or office performing like functions); or
c. Any other person (whether a natural person, corporation, partnership, trust or otherwise) with total assets of at least $50 million?

☐ Yes　　☒ No

### Information Release
May we release your account information to issuers? (SEC regulations require that we obtain your permission to do so)

☐ Yes　　☒ No

### Large Trader ID No. (if applicable)



## Suitability

**Annual Income**
In what range is your annual income? (includes employment, alimony, social security, investment, and all other income)

- [ ] $0-$25,000
- [ ] $25,001-$50,000
- [ ] $50,001-$100,000
- [x] $100,001-$200,000
- [ ] Over $200,000

**Estimated Net Worth**
What is your total net worth? (Calculated as assets minus liabilities, excluding your residence)

- [ ] $0-$25,000
- [ ] $25,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1,000,000
- [x] Over $1,000,000

**Liquid Net Worth**
What is your liquid net worth? (includes liquid investments)

- [ ] $0-$25,000
- [ ] $25,001-$100,000
- [x] $100,001-$500,000
- [ ] $500,001-$1,000,000
- [ ] Over $1,000,000

## Source of Account Funds

- [x] Income
- [ ] Gift
- [ ] Inheritance
- [ ] Pension or retirement savings
- [x] Sale of business or property
- [ ] Social Security Benefits
- [ ] Funds from another account
- [ ] Insurance payout
- [ ] Other:

## Assets Held Away

In the table below, please list in the columns the amount and the percentage of your assets held away in each of the asset categories listed on the left.

| Type of Asset | Amount (in U.S. $) | Percentage |
|---|---|---|
| Stocks | $200,000 | 20% |
| Bonds | $100,000 | 10% |
| Options | | |
| Commodities | | |
| Fixed Insurance | $200,000 | 20% |
| Variable Insurance | | |
| Mutual Funds | $500,000 - cash/fixed deposits | 50% |

## Tax Status

For which tax bracket did you qualify on your most recent U.S. tax return?

- [ ] 15%
- [ ] 20%
- [ ] 30%
- [ ] 35%
- [ ] 25%
- [ ] 35% or higher
- [x] Do not file (explain):

## Liquidity Needs

Liquidity is the ability to quickly and easily convert to cash all or a portion of the investments in this account without experiencing significant loss in value from, for example, the lack of a ready market, or incurring significant costs or penalties.
Please check only one box that best describes how important liquidity is for you:

- [ ] Very Important
- [x] Does not matter
- [ ] Important
- [ ] Special liquidity need (describe):
- [ ] Somewhat important



## Suitability, Continued

**Expenses**

What are your annual expenses? (recurring expenses; could include mortgage payments, rent, long-term debts, utilities, alimony, and child support payments)

- [x] $50,000 and under
- [ ] $50,001 - $100,000
- [ ] $100,001 - $250,000
- [ ] $250,001 - $500,000
- [ ] Over $500,000

What are your special expenses? (future, non-recurring; could include a home purchase, home remodeling, a car purchase, education, and medical expenses)

- [x] $50,000 and under
- [ ] $50,001 - $100,000
- [ ] $100,001 - $250,000
- [ ] $250,001 - $500,000
- [ ] Over $500,000

Timeframe for your special expenses (In how many years do you expect to finish paying for your special expenses?)

- [x] Within 2 years
- [ ] 3-5 years
- [ ] 6-10 years
- [ ] 10-20 years
- [ ] Over 20 years



## Investment Objectives

### Investment Objectives

Please read the below investment objectives and check all that apply:

- [x] **Speculation:** I am willing to accept maximum risk to my initial principal to aggressively seek maximum returns, and understand I could lose most, or all, of the money invested.
- [ ] **Growth:** I am willing to accept high risk to my initial principal, including high volatility, to seek higher returns over time, and understand I could lose a substantial amount of the money invested.
- [ ] **Income:** I am willing to accept some risk to my initial principal and tolerate some volatility to seek higher returns, and understand I could lose a portion of the money invested.
- [ ] **Tax Advantage:** I am willing to accept low risk to my initial principal, including low volatility, to seek a modest level of portfolio returns.
- [ ] **Safety of Principal:** I want to preserve my initial principal, with minimal risk, even if that means this account does not generate significant income or returns and may not keep pace with inflation.
- [ ] **Other:** please use this space to describe.

## Risk Tolerance and Investment Experience

### Risk Tolerance

Investing involves risk. Different investment products and strategies involve different degrees of risk. The higher the expected returns of a product or strategy, the greater the risk that you could lose most of your investment. Investments should be chosen based on your objectives, timeframes, and tolerance for market fluctuations. **Based on this, select the degree of risk you are willing to take with the assets in this account:**

- [ ] Conservative
- [ ] Moderately Conservative
- [ ] Moderate
- [ ] Moderately Aggressive
- [x] Significant Risk

### Time Horizon

In how many years do you expect to achieve your objectives?

- [ ] Under 1 year
- [ ] 1-2 years
- [x] 3-5 years
- [ ] 6-10 years
- [ ] 11-20 years
- [ ] Over 20 years

### Investment Experience

Please fill in your amount (in years) of experience with each of the following:

- [5] Stocks
- [ ] Options
- [5] Bonds
- [ ] Mutual Funds
- [ ] Commodities

## General Investment Knowledge

- [ ] Limited
- [x] Good
- [ ] Extensive



## SIGNATURES AND ACKNOWLEDGEMENT SECTION

By signing below, you, the Customer:
(a) represent and warrant that the information you provided in this Alpine Securities Account Application is true and accurate;
(b) agree to all of the above terms of the Customer Agreement;
(c) acknowledge that you have read and understand the entire agreement, disclosures, and additional information above;
(d) certify that you have been provided with a copy of this Agreement; and
(e) acknowledge that the Agreement contains a PRE-DISPUTE ARBITRATION CLAUSE, located in paragraph 18 on page 8, that applies to ALL CLAIMS arising in connection with the Agreement and your account at Alpine.
(f) acknowledge receipt, on or prior to the date below, of the risk disclosure document titled "Important Information on Penny Stocks". I have had the opportunity to read this document and discuss any questions regarding the suitability of this type of investment with my broker.
(g) Affirmatively consent to participate in the Cash Sweep Program or alternatively, I have given other instruction and am aware of the consequences associated with these instructions as noted in the Cash Sweep Program Disclosure Statement. My instructions have been recorded on Page 1 of the Alpine Securities Account Application.
(h) Affirmatively consent to the receipt of the electronic delivery of documents, account information and other records if I have included my email address on Page 1 of the Alpine Securities Account Application. Further, I have read the Form titled "Consent to Electronic Delivery of Documents, Account Information and Other Records" and agree to the terms and conditions noted therein. I further understand the process to rescind such a request in writing at any time and will receive paper communications from that point further, in the absence of a newly signed Form.

The Customer:

[signature]          CHEN SHENG LI                  08/28/2015
Signature            Print Name                     Date

Joint Tenant Customer (if applicable):

_____            _____                      _____
Signature            Print Name                     Date

### For Office Use Only:

Registered Representative:

[signature]          Jimmy Sung                     8/27/15
Signature            Print Name                     Date

Principal Approval:

[signature]          John Leo                       8/27/15
Signature            Print Name                     Date