# EXHIBIT 98

# TRANSFER AGENT COPY

Receipt # 707151

## COLUMBIA STOCK TRANSFER COMPANY
601 E Seltice Way Suite 202
Post Falls, ID 83854

Date: 7/8/2015
From: IMMAGE BIOTHERAPEUTICS CORP
To: IMMAGE BIOTHERAPEUTICS CORP



Complying with your transfer request, we enclose the following:

| Certificate Number | Issued in the name of: | Number of Shares | Cost Basis |
|---|---|---|---|
| 70 | COVENTRY INTERNATIONAL LIMITED | 60,058,909 | |
| 71 | YANHUI HE | 4,066,335 | |
| 72 | LANQIU XIE | 3,897,621 | |
| 73 | HAOJIAN LI | 3,771,768 | |
| 74 | SHENGHUA CHEN | 3,721,536 | |
| 75 | XINNAN LI | 4,181,268 | |
| 76 | WENSHENG LIN | 4,526,168 | |
| 77 | LYU SHENG GUI | 3,929,835 | |
| 78 | JIADI LIN | 3,042,514 | |
| 79 | WEIBIAO WEI | 4,202,764 | |
| 80 | SHANG LI CHEN | 3,897,621 | |
| | Total Shares Issued | 99,296,339 | |

Transferred From:

| Certificate Number | In the Name of: | Number of Shares | Cost Basis |
|---|---|---|---|
| 58 | COVENTRY INTERNATIONAL LIMITED | 60,058,909 | |
| 59 | YANHUI HE | 4,066,335 | |
| 60 | LANQIU XIE | 3,897,621 | |
| 62 | HAOJIAN LI | 3,771,768 | |
| 63 | SHENGHUA CHEN | 3,721,536 | |
| 64 | XINNAN LI | 4,181,268 | |
| 65 | WENSHENG LIN | 4,526,168 | |
| 66 | LYU SHENG GUI | 3,929,835 | |
| 67 | JIADI LIN | 3,042,514 | |
| 68 | WEIBIAO WEI | 4,202,764 | |
| 69 | SHANG LI CHEN | 3,897,621 | |
| | Total Shares Cancelled | 99,296,339 | |

*******************************************

| | |
|---|---|
| Transfer fee on 11 newly issued certificates at $ 20 each | $220.00 |
| Posting fee on 11 certificate(s) cancelled at $ $10 each | $110.00 |
| Other Charges/Discounts: 35 SHIPPING | $35.00 |
| Total Charges | $365.00 |
| Total Payment Received | $0.00 |
| Balance Due Upon Receipt | $365.00 |

Make Checks payable to the COLUMBIA STOCK TRANSFER COMPANY

Authorized Signature

SEC-COL-E-0004443

# TRANSFER AGENT COPY

Receipt # 707151

COLUMBIA STOCK TRANSFER COMPANY
601 E Seltice Way Suite 202
Post Falls, ID 83854

Date: 7/8/2015
From: IMMAGE BIOTHERAPEUTICS CORP
To: IMMAGE BIOTHERAPEUTICS CORP

Complying with your transfer request, we enclose the following:

TRANSFER AGENT COPY

| Certificate Number | Issued in the name of: | Number of Shares | Cost Basis |
|---|---|---|---|
| 70 | COVENTRY INTERNATIONAL LIMITED | 60,058,909 | |
| 71 | YANHUI HE | 4,066,335 | |
| 72 | LANQIU XIE | 3,897,621 | |
| 73 | HAOJIAN LI | 3,771,768 | |
| 74 | SHENGHUA CHEN | 3,721,536 | |
| 75 | XINNAN LI | 4,181,268 | |
| 76 | WENSHENG LIN | 4,526,168 | |
| 77 | SHENGGUI LU | 3,929,835 | |
| 78 | JIADI LIN | 3,042,514 | |
| 79 | WEIBIAO WEI | 4,202,764 | |
| 80 | SHANG LI CHEN | 3,897,621 | |
| | Total Shares Issued | 99,296,339 | |

Transferred From:

| Certificate Number | In the Name of: | Number of Shares | Cost Basis |
|---|---|---|---|
| 58 | COVENTRY INTERNATIONAL LIMITED | 60,058,909 | |
| 59 | YANHUI HE | 4,066,335 | |
| 60 | LANQIU XIE | 3,897,621 | |
| 62 | HAOJIAN LI | 3,771,768 | |
| 63 | SHENGHUA CHEN | 3,721,536 | |
| 64 | XINNAN LI | 4,181,268 | |
| 65 | WENSHENG LIN | 4,526,168 | |
| 66 | SHENGGUI LU | 3,929,835 | |
| 67 | JIADI LIN | 3,042,514 | |
| 68 | WEIBIAO WEI | 4,202,764 | |
| 69 | SHANG LI CHEN | 3,897,621 | |
| | Total Shares Cancelled | 99,296,339 | |

*******************************************

| | | |
|---|---|---|
| Transfer fee on 11 newly issued certificates at $ 20 each | | $220.00 |
| Posting fee on 11 certificate(s) cancelled at $ $10 each | | $110.00 |
| Other Charges/Discounts: 35 SHIPPING | | $35.00 |
| | Total Charges | $365.00 |
| | Total Payment Received | $0.00 |
| | Balance Due Upon Receipt | $365.00 |

Make Checks payable to the COLUMBIA STOCK TRANSFER COMPANY

Authorized Signature

# NON-ROUTINE CHECKLIST

RECEIPT # 702157

- ☐ LOGGED IN ON MAIL LOG
- ☐ CERTIFICATE SIGNED, IRREVOCABLE STOCK, OR BOND POWER WITH MEDALLION GUARANTEE STAMP

- ☐ **ORIGINAL ISSUANCES**
- ☐ *LETTER OF INSTRUCTION*
- ☐ *MUST HAVE A SIGNED LETTER OF AUTHORIZATION FROM DIRECTOR OR BOARD MEMBER OR AUTHORIZED PERSON OF THE COMPANY*
- ☐ *ALL BOD'S WERE DOUBLE CHECKED WITH NAMES*

- ☐ **TRANSFER OF CERTIFICATE UPON DEATH**
- ☐ *DEATH CERTIFICATE*
- ☐ *LETTER OF INSTRUCTION*
- ☐ *COPY OF WILL (COW), PROBATE DOCUMENTS (PD), PAPERS OF ESTATE (POE), TRUST PAPERWORK (TP) _____*

- ☐ **RESTRICTED TRANSFER RETAINING LEGEND**
- ☐ *LETTER OF INSTRUCTION*

- ☐ **RULE 144 PAPER WORK**
- ☐ *LETTER OF INSTRUCTION*
- ☐ *COPY OF RULE 144 PAPERWORK*
- ☐ *SELLER'S REPRESENTATION LETTER*
- ☐ *BROKER'S REPRESENTATION LETTER*
- ☐ *LEGAL OPINION AS NEEDED*

- ☐ **RULE 144B PAPERWORK FILED**
- ☐ *LETTER OF INSTRUCTION*
- ☐ *COPY OF RULE 144(K) PAPERWORK*

- ☐ **SB-2 PAPERWORK FILED**

- ☐ **FAX COVER LETTER FOR RESTRICTION REMOVAL**
- ☐ *PAPERWORK BOXES CHECKED*
- ☐ *COVER LETTER SIGNED*
- ☐ *FAXED ____/____/____   RE-FAXED ____/____/____*
- ☐ *STAMPED WITH FAX STAMP AND DATED*

- ☐ **FAX COVER LETTER RECEIVED BACK FROM COMPANY FOR APPROVAL**
- ☐ *SIGNED WITH OFFICERS TITLE AND DATED*
- ☐ *WAS LEGAL OPINION REQUIRED BY COMPANY? YES/NO _____*

- ☐ **COMPLETED TRANSFER OR REJECTED (CT/R)** _____

- ☐ **REJECTING TRANSFER**
- ☐ *REJECT LETTER WITH REASON FOR REJECTING*
- ☐ *COPY OF TRANSFER AND REJECT LETTER*

- ☐ *PRINT NEW CERTIFICATES AND HAVE INFORMATION RECHECKED*
- ☐ *STAMP ALL OLD CERTIFICATES CANCELLED*
- ☐ **SPECIAL MAILING INSTRUCTION BACK TO SHARE HOLDER**
- ☐ *LOGGED OUT WITH TRACKING NUMBER _____   COMPLETION DATE ____/____/____*
- ☐ **BILLED TO CUSTOMER AND COPY OF INVOICE ATTACHED TO AGENT COPY**

# ROUTINE CHECKLIST

- ☐ LOGGED IN ON MAIL LOG
- ☐ CERTIFICATE SIGNED, IRREVOCABLE STOCK, OR BOND POWER WITH MEDALLION GUARANTEE STAMP

- ☐ **ROUTINE PAPERWORK**
- ☐ *LETTER OF INSTRUCTION*
- ☐ *CHECK CERTIFICATE FOR STOPS OR NON-ROUTINE PAPERWORK*

- ☐ **COMPLETED TRANSFER OR REJECTED (CT/R)** _____

- ☐ **REJECTING TRANSFER**
- ☐ *REJECT LETTER WITH REASON FOR REJECTING*
- ☐ *COPY OF TRANSFER AND REJECT LETTER*

- ☐ *PRINT NEW CERTIFICATES AND HAVE INFORMATION RECHECKED*
- ☐ *STAMP ALL OLD CERTIFICATES CANCELLED*
- ☐ **SPECIAL MAILING INSTRUCTION BACK TO SHARE HOLDER**
- ☐ *LOGGED OUT WITH TRACKING NUMBER _____*

COMPLETION DATE ____/____/____

- ☐ **BILLED TO CUSTOMER AND COPY OF INVOICE ATTACHED TO AGENT COPY**



**BOOTH UDALL FULLER**
INTELLECTUAL PROPERTY LAW

W. Scott Lawler
*Corporate/Securities Attorney*
WSL@BoothUdall.com

June 29, 2015

**Columbia Stock Transfer Company**
1869 E. Seltice Way
Suite 292
Post Falls, ID 83854

<u>*Re: Revised shares of Epicure Charcoal, Inc. nka Immage Biotherapeutics Corp.*</u>

To Whom it May Concern:

My office has acted as escrow agent in connection with the sale of certain shares of Epicure Charcoal, Inc., certificates 58 – 60 and 62 – 69, which are enclosed herewith. These shares have never been delivered to the shareholders. Please have these shares reissued in the Company's current name of Immage Biotherapeutics Corp.

Please have the certificates delivered back to our office via overnight delivery.

If you have any questions, please do not hesitate to call our office.

Sincerely,

*[signature]*

W. Scott Lawler

*[handwritten annotations: "Same names / Same amts" and "Change to Immage Shares (new cert)"]*

---

**THIS CERTIFICATE IS RESTRICTED SEE REVERSE**

Certificate No. 58

Shares **6058909**

INCORPORATED IN NEVADA

# EPICURE CHARCOAL, INC.

COMMON

200,000,000 SHARES AUTHORIZED
PAR VALUE $0.001 PER SHARE

CUSIP 29429A208

This certifies that **COVENTRY INTERNATIONAL LIMITED** is the record holder of

**SIXTY MILLION FIFTY EIGHT THOUSAND NINE HUNDRED NINE** shares of Common Stock of

EPICURE CHARCOAL, INC.

transferable only on the share register of the corporation, in person or by duly authorized attorney, upon surrender of this certificate properly endorsed or assigned.

this certificate and the shares represented hereby are issued and shall be held subject to all the provisions of the Articles of Incorporation and the By-laws of the corporation and any amendments thereto.

WITNESS the signatures of its duly authorized officers this 18th day of MAY A.D. 2015

_____ Secretary    _____ President

CANCELLED

**THIS CERTIFICATE IS RESTRICTED SEE REVERSE**

THE SECURITIES REPRESENTED HEREBY HAVE NOT BEEN REGISTERED UNDER THE UNITED STATES SECURITIES ACT OF 1933, AS AMENDED (THE "SECURITIES ACT") OR APPLICABLE STATE SECURITIES LAWS. THESE SECURITIES MAY NOT BE OFFERED, SOLD, PLEDGED OR OTHERWISE TRANSFERRED UNLESS THERE IS AN EFFECTIVE REGISTRATION STATEMENT UNDER THE SECURITIES ACT AND SUCH LAWS COVERING SUCH SECURITIES, OR THE CORPORATION RECEIVES AN OPINION OF COUNSEL ACCEPTABLE TO THE CORPORATION STATING THAT SUCH OFFER, SALE, PLEDGE OR OTHER TRANSFER IS EXEMPT FROM THE REGISTRATION AND PROSPECTUS DELIVERY REQUIREMENTS OF THE SECURITIES ACT AND SUCH LAWS. THE SECURITIES REPRESENTED BY THIS CERTIFICATE CANNOT BE THE SUBJECT OF HEDGING TRANSACTIONS UNLESS SUCH TRANSACTIONS ARE CONDUCTED IN COMPLIANCE WITH THE SECURITIES ACT.

For Value Received, _____ hereby sell, assign and transfer unto _____

_____ Shares

represented by the within Certificate, and do hereby irrevocably constitute and appoint _____

Attorney to transfer the said Shares on the books of the within named Corporation with full power of substitution in the premises.

Signed _____ Dated _____

in the presence of _____

NOTICE: THE SIGNATURE OF THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME AS WRITTEN UPON THE FACE OF THE CERTIFICATE, IN EVERY PARTICULAR, WITHOUT ALTERATION OR ENLARGEMENT, OR ANY CHANGE WHATEVER.

**MEDALLION SIGNATURE GUARANTEE REQUIRED**

Certificate No. 59

Shares **4066335**

INCORPORATED IN NEVADA

# EPICURE CHARCOAL, INC.

COMMON
200,000,000 SHARES AUTHORIZED
PAR VALUE $0.001 PER SHARE

CUSIP 29429A208

CANCELLED

This certifies that **YANHUI HE** is the record holder of **FOUR MILLION SIXTY SIX THOUSAND THREE HUNDRED THIRTY FIVE** shares of Common Stock of

## EPICURE CHARCOAL, INC.

transferable only on the share register of the corporation, in person or by duly authorized attorney, upon surrender of this certificate properly endorsed or assigned.

this certificate and the shares represented hereby are issued and shall be held subject to all the provisions of the Articles of Incorporation and the By-laws of the corporation and any amendments thereto.

WITNESS the signatures of its duly authorized officers this 18th day of MAY A.D. 2015

_____ Secretary

_____ President

Columbia Stock Transfer Company

For Value Received, _____ hereby sell, assign and transfer unto _____

_____ Shares

represented by the within Certificate, and do hereby irrevocably constitute and appoint _____

Attorney to transfer the said Shares on the books of the within named Corporation with full power of substitution in the premises.

Signed _____ Dated _____

In the presence of _____

**MEDALLION SIGNATURE GUARANTEE REQUIRED**

Certificate No. 60

INCORPORATED IN NEVADA

Shares **389762I**

# EPICURE CHARCOAL, INC.

COMMON

200,000,000 SHARES AUTHORIZED
PAR VALUE $0.001 PER SHARE

CUSIP 29429A208

CANCELLED

This certifies that **LANQIU XIE** is the record holder of

**THREE MILLION EIGHT HUNDRED NINETY SEVEN THOUSAND SIX HUNDRED TWENTY ONE** shares of Common Stock of

## EPICURE CHARCOAL, INC.

transferable only on the share register of the corporation, in person or by duly authorized attorney, upon surrender of this certificate properly endorsed or assigned.

this certificate and the shares represented hereby are issued and shall be held subject to all the provisions of the Articles of Incorporation and the By-laws of the corporation and any amendments thereto.

WITNESS the signatures of its duly authorized officers this 18th day of MAY A.D. 2015

_____ Secretary

_____ President

SEC-COL-E-0004452

For Value Received, _____ hereby sell, assign and transfer unto _____

_____ Shares

represented by the within Certificate, and do hereby irrevocably constitute and appoint _____

Attorney to transfer the said Shares on the books of the within named Corporation with full power of substitution in the premises.

Signed _____ Dated _____

In the presence of _____

**MEDALLION SIGNATURE GUARANTEE REQUIRED**

THE SIGNATURE(S) TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME AS WRITTEN UPON THE FACE OF THE CERTIFICATE, IN EVERY PARTICULAR, WITHOUT ALTERATION OR ENLARGEMENT, OF ANY CHANGE WHATEVER.

Certificate No. 62

Shares **3771768**

INCORPORATED IN NEVADA

# EPICURE CHARCOAL, INC.

COMMON

200,000,000 SHARES AUTHORIZED
PAR VALUE $0.001 PER SHARE

CUSIP 29429A208

CANCELLED

This certifies that **HAOJIAN LI** is the record holder of

**THREE MILLION SEVEN HUNDRED SEVENTY ONE THOUSAND SEVEN HUNDRED SIXTY EIGHT** shares of Common Stock of

EPICURE CHARCOAL, INC.

transferable only on the share register of the corporation, in person or by duly authorized attorney, upon surrender of this certificate properly endorsed or assigned.

This certificate and the shares represented hereby are issued and shall be held subject to all the provisions of the Articles of Incorporation and the By-laws of the corporation and any amendments thereto.

WITNESS the signatures of its duly authorized officers this 18th day of MAY A.D. 2015

_____        _____
Secretary                       President

SEC-COL-E-0004454

For Value Received, _____ hereby sell, assign and transfer unto _____

_____ Shares

represented by the within Certificate, and do hereby irrevocably constitute and appoint _____

Attorney to transfer the said Shares on the books of the within named Corporation with full power of substitution in the premises.

Signed _____ Dated _____

In the presence of _____

**MEDALLION SIGNATURE GUARANTEE REQUIRED**