# EXHIBIT 99

| Account | Company Name | System Date | Trade Date | Settle Date | Entry Type Description | Description | Symbol | Qty | Price | Fees | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Lin Wensheng | 08/10/2015 | 08/10/2015 | 08/10/2015 | Cash Receipt(-) | WIRE IN:BkofChina :Fed Ref# 000252: | | 0 | 0.000000 | 0.00 | 1,038.00 |
| | Lin Wensheng | 08/21/2015 | 08/21/2015 | 08/21/2015 | Journal Entry(Cash) | August 2015:GL          IMMG Clearance Fee | | 0 | 0.000000 | 0.00 | -925.00 |
| | Lin Wensheng | 08/24/2015 | 08/24/2015 | 08/24/2015 | Journal Entry(Stock) | Rcvd Cert #81 - IMMG - Acct | IMMG | 4,526,067 | 0.000000 | 0.00 | 0.00 |
| | Lin Wensheng | 09/09/2015 | 09/09/2015 | 09/09/2015 | Journal Entry(Stock) | Move from W to C - New Cert #86 | IMMG | -4,526,067 | 0.000000 | 0.00 | 0.00 |
| | Lin Wensheng | 09/09/2015 | 09/09/2015 | 09/09/2015 | Journal Entry(Stock) | Move from W to C - New Cert #86 | IMMG | 4,526,067 | 0.000000 | 0.00 | 0.00 |
| | Lin Wensheng | 09/14/2015 | 09/14/2015 | 09/17/2015 | Trade Entry | | IMMG | -2,000 | 0.165000 | -35.02 | 294.98 |
| | Lin Wensheng | 09/30/2015 | 09/30/2015 | 09/30/2015 | Journal Entry(Cash) | September 2015 TAF: | | 0 | 0.000000 | 0.00 | -0.24 |
| | Lin Wensheng | 11/19/2015 | 11/19/2015 | 11/24/2015 | Trade Entry | | IMMG | -3,000 | 0.350000 | -41.88 | 1,008.12 |
| | Lin Wensheng | 11/20/2015 | 11/20/2015 | 11/25/2015 | Trade Entry | | IMMG | -50 | 0.400000 | -10.62 | 9.38 |
| | Lin Wensheng | 12/21/2015 | 12/21/2015 | 12/24/2015 | Trade Entry | | IMMG | -1,500 | 0.400000 | -28.20 | 571.80 |
| | Lin Wensheng | 02/18/2016 | 02/18/2016 | 02/23/2016 | Trade Entry | | IMMG | -4,400 | 0.400000 | -63.46 | 1,696.54 |
| | Lin Wensheng | 03/04/2016 | 03/04/2016 | 03/09/2016 | Trade Entry | | IMMG | -2,500 | 0.310000 | -35.35 | 739.65 |
| | Lin Wensheng | 06/14/2016 | 06/14/2016 | 06/17/2016 | Trade Entry | | IMMG | -1,000 | 0.400000 | -22.15 | 377.85 |
| | Lin Wensheng | 06/15/2016 | 06/15/2016 | 06/20/2016 | Trade Entry | | IMMG | -650 | 0.420000 | -19.48 | 253.52 |
| | Lin Wensheng | 07/18/2016 | 07/18/2016 | 07/21/2016 | Trade Entry | | IMMG | -2,000 | 0.420000 | -88.92 | 751.08 |
| | Lin Wensheng | 08/10/2016 | 08/10/2016 | 08/15/2016 | Trade Entry | | IMMG | -165 | 0.420000 | -50.73 | 18.57 |
| | Lin Wensheng | 08/18/2016 | 08/18/2016 | 08/23/2016 | Trade Entry | | IMMG | -2,000 | 0.420000 | -62.54 | 777.46 |
| | Lin Wensheng | 01/31/2017 | 01/31/2017 | 02/03/2017 | Trade Entry | | IMMG | -5,235 | 0.440000 | -104.93 | 2,198.47 |
| | Lin Wensheng | 02/01/2017 | 02/01/2017 | 02/06/2017 | Trade Entry | | IMMG | -78,500 | 0.775465 | -2,453.62 | 58,420.38 |
| | Lin Wensheng | 02/09/2017 | 02/09/2017 | 02/09/2017 | Cash disbursement(+) | WireOut:StandardCharteredBank(HK)Ltd.:Ref#638205:E | | 0 | 0.000000 | 0.00 | -65,000.00 |
| | Lin Wensheng | 02/09/2017 | 02/09/2017 | 02/09/2017 | Journal Entry(Cash) | WireFee:StandardCharteredBank(HK)Ltd.:Ref#638205:E | | 0 | 0.000000 | 0.00 | -50.00 |
| | Lin Wensheng | 02/07/2017 | 02/07/2017 | 02/10/2017 | Trade Entry | | IMMG | -7,000 | 0.677143 | -224.37 | 4,515.63 |
| | Lin Wensheng | 02/10/2017 | 02/10/2017 | 02/15/2017 | Trade Entry | | IMMG | -15,000 | 0.548667 | -341.37 | 7,888.64 |
| | Lin Wensheng | 02/13/2017 | 02/13/2017 | 02/16/2017 | Trade Entry | | IMMG | -5,000 | 0.600000 | -130.75 | 2,869.25 |
| | Lin Wensheng | 02/21/2017 | 02/21/2017 | 02/24/2017 | Trade Entry | | IMMG | -22,000 | 0.450000 | -409.07 | 9,490.93 |
| | Lin Wensheng | 03/06/2017 | 03/06/2017 | 03/09/2017 | Trade Entry | | IMMG | -15,000 | 0.363333 | -230.04 | 5,219.96 |
| | Lin Wensheng | 03/10/2017 | 03/10/2017 | 03/15/2017 | Trade Entry | | IMMG | -10,000 | 0.292500 | -142.98 | 2,782.02 |
| | Lin Wensheng | 03/15/2017 | 03/15/2017 | 03/20/2017 | Trade Entry | | IMMG | -17,500 | 0.254286 | -190.30 | 4,259.71 |
| | Lin Wensheng | 03/21/2017 | 03/21/2017 | 03/24/2017 | Trade Entry | | IMMG | -12,500 | 0.270000 | -163.54 | 3,211.46 |
| | Lin Wensheng | 03/28/2017 | 03/28/2017 | 03/31/2017 | Trade Entry | | IMMG | -664,000 | 0.652792 | -17,373.04 | 416,080.85 |
| | Lin Wensheng | 04/03/2017 | 04/03/2017 | 04/03/2017 | Cash disbursement(+) | WireOut:StandardCharteredBank(HK)Ltd.:Ref#4690:ETA | | 0 | 0.000000 | 0.00 | -458,000.00 |
| | Lin Wensheng | 04/03/2017 | 04/03/2017 | 04/03/2017 | Journal Entry(Cash) | WireFee:StandardCharteredBank(HK)Ltd.:Ref#4690:ETA | | 0 | 0.000000 | 0.00 | -50.00 |
| | Lin Wensheng | 03/29/2017 | 03/29/2017 | 04/03/2017 | Trade Entry | | IMMG | -93,000 | 0.803123 | -3,006.88 | 71,683.56 |
| | Lin Wensheng | 03/30/2017 | 03/30/2017 | 04/04/2017 | Trade Entry | | IMMG | -168,068 | 0.950716 | -6,414.33 | 153,370.61 |
| | Lin Wensheng | 03/31/2017 | 03/31/2017 | 04/05/2017 | Trade Entry | | IMMG | -77,666 | 1.148931 | -3,589.17 | 85,643.71 |
| | Lin Wensheng | 04/03/2017 | 04/03/2017 | 04/06/2017 | Trade Entry | | IMMG | -277,000 | 1.474523 | -16,371.52 | 392,071.35 |