# EXHIBIT 100

| Account ID: | | | | | | |
|---|---|---|---|---|---|---|
| Account: LI CHEN SHENG | | | | | | |
| Cat | Posting Date | Trans Type | Symbol | Description | Cash Amt | Prior Bal |
| ist | 11/23/2015 | Money Market Sweep | | | ($309.37) | ($781.87) |
| ist | 11/23/2015 | Sweep | | | $309.37 | ($309.37) |
| ist | 11/18/2015 | Sell | IMMG | IMMAGE BIOTHERAPEUTICS CORP | ($309.37) | $0.00 |
| ist | 11/17/2015 | Money Market Sweep | | | ($781.87) | $0.00 |
| ist | 11/17/2015 | Sweep | | | $781.87 | ($781.87) |
| ist | 11/12/2015 | Sell | IMMG | IMMAGE BIOTHERAPEUTICS CORP | ($781.87) | $0.00 |
| ist | 10/30/2015 | Journal | | | ($15.00) | $15.00 |
| ist | 9/22/2015 | Cash Receipt | | | ($985.00) | $1,000.00 |
| ist | 9/21/2015 | Journal | | | $250.00 | $750.00 |
| ist | 9/14/2015 | Journal | | | $750.00 | $0.00 |