```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/10/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                                                  Plaintiff,<br><br> - against -<br><br> WENSHENG LIN and<br> SHENG LI CHEN,<br><br>                                                  Defendants. | 17 Civ. 3054 (VEC)<br><br>**ORDER FREEZING ASSETS**<br><br>**ECF CASE** |

Plaintiff Securities and Exchange Commission (the "Commission") having filed on April 26, 2017, a Complaint and an *Ex Parte* Emergency Application for an Order to Show Cause, for an Asset Freeze, and Other Relief (the "Order to Show Cause"); and the Court, on the same day, having entered the Order to Show Cause, and set a hearing on May 10, 2017, to allow Defendants Wensheng Lin ("Lin") and Sheng Li Chen ("Chen") an opportunity to show cause why a Preliminary Injunction Order should not be entered; and Defendants each having (1) failed to appear at the May 10 hearing and having failed to otherwise show cause why the Order Freezing Assets should not be entered, and (2) emailed the Commission stating, in substance, that they do not intend to appear in this action to contest the charges set forth in the Complaint and intend to accept a judgment against them; and the Commission having shown cause why the Order Freezing Assets should be entered;

**NOW, THEREFORE,**

**I.**

**IT IS HEREBY ORDERED** that the Commission's Motion for an Order Freezing Assets is GRANTED.

**II.**

**IT IS FURTHER ORDERED** that, pending a final disposition of this action, Defendants Lin and Chen, and each of the financial and brokerage institutions holding their IMMG securities and the proceeds from their trading in such securities, and any of their officers, agents, servants, employees, attorneys, and those persons in active concert or participation with them who receive actual notice of such Order by email service, personal service or otherwise, and each of them, hold and retain within their control and otherwise prevent any withdrawal, transfer, pledge, encumbrance, assignment, dissipation, concealment or other disposal of any assets in the accounts in which the trading described in the Commission's Complaint occurred, held by, or under the direct or indirect control of the Defendants, whether held in any of their names or for any of their direct or indirect beneficial interests wherever situated, including, but not limited to:

1. For Defendant Lin, all assets in his brokerage account at Glendale Securities ending in -0755; and
2. For Defendant Chen, all assets in her brokerage account at Primary Capital LLC ending in -22WHSL.

**III.**

**IT IS FURTHER ORDERED** that a copy of this Order shall be served: (i) upon the Defendants by email, utilizing the email addresses described in the Commission's Declaration of Joseph Darragh dated April 26, 2017 (DE 7), or their attorneys who agree to accept service on their behalf, and (ii) on Glendale Securities and Primary Capital LLC by personal delivery, facsimile, overnight courier, email, or first-class mail.

- 3 -

## IV.

**IT IS FURTHER ORDERED** that this Order shall be, and is, binding upon each of the Defendants, and each of their respective officers, agents, servants, employees, attorneys, and those persons in active concert or participation with them who receive actual notice of such Order by email service, personal service, or otherwise.

**SO ORDERED**, this 10 day of May, 2017, at 10:30am

_____
Honorable Valerie Caproni
UNITED STATES DISTRICT JUDGE