# EXHIBIT L

LIN TRADING SUMMARY

| Trade Date | Quantity Sold | Average Price | Gross Amount | Net Amount (post fees) |
|---|---|---|---|---|
| 9/14/2015 | 2,000 | $0.165000 | $330.00 | $294.98 |
| 11/19/2015 | 3,000 | $0.350000 | $1,050.00 | $1,008.12 |
| 11/20/2015 | 50 | $0.400000 | $20.00 | $9.38 |
| 12/21/2015 | 1,500 | $0.400000 | $600.00 | $571.80 |
| 2/18/2016 | 4,400 | $0.400000 | $1,760.00 | $1,696.54 |
| 3/4/2016 | 2,500 | $0.310000 | $775.00 | $739.65 |
| 6/14/2016 | 1,000 | $0.400000 | $400.00 | $377.85 |
| 6/15/2016 | 650 | $0.420000 | $273.00 | $253.52 |
| 7/18/2016 | 2,000 | $0.420000 | $840.00 | $751.08 |
| 8/10/2016 | 165 | $0.420000 | $69.30 | $18.57 |
| 8/18/2016 | 2,000 | $0.420000 | $840.00 | $777.46 |
| 1/31/2017 | 5,235 | $0.440000 | $2,303.40 | $2,198.47 |
| 2/1/2017 | 78,500 | $0.775500 | $60,874.00 | $58,420.38 |
| 2/7/2017 | 7,000 | $0.677100 | $4,740.00 | $4,515.63 |
| 2/10/2017 | 15,000 | $0.548700 | $8,230.01 | $7,888.64 |
| 2/13/2017 | 5,000 | $0.600000 | $3,000.00 | $2,869.25 |
| 2/21/2017 | 22,000 | $0.450000 | $9,900.00 | $9,490.93 |
| 3/6/2017 | 15,000 | $0.363300 | $5,450.00 | $5,219.96 |
| 3/10/2017 | 10,000 | $0.292500 | $2,925.00 | $2,782.02 |
| 3/15/2017 | 17,500 | $0.254300 | $4,450.01 | $4,259.71 |
| 3/21/2017 | 12,500 | $0.270000 | $3,375.00 | $3,211.46 |
| 3/28/2017 | 664,000 | $0.652800 | $433,453.89 | $416,080.85 |
| 3/29/2017 | 93,000 | $0.803100 | $74,690.44 | $71,683.56 |
| 3/30/2017 | 168,068 | $0.950700 | $159,784.94 | $153,370.61 |
| 3/31/2017 | 77,666 | $1.148900 | $89,232.88 | $85,643.71 |
| 4/3/2017 | 277,000 | $1.474500 | $408,442.87 | $392,071.35 |
| TOTAL | 1,486,734 | | $1,277,809.74 | $1,226,205.48 |

## Lin Trade Blotter

| Trade_Date | Account_Title | Trade_Type | Quantity | Symbol | Price | Gross_Amount | Net_Amount |
|---|---|---|---|---|---|---|---|
| 4/3/2017 0:00 | Lin Wensheng | S | -277000.00 | IMMG | 1.474500 | -408442.87 | -392071.35 |
| 3/31/2017 0:00 | Lin Wensheng | S | -77666.00 | IMMG | 1.148900 | -89232.88 | -85643.71 |
| 3/30/2017 0:00 | Lin Wensheng | S | -168068.00 | IMMG | 0.950700 | -159784.94 | -153370.61 |
| 3/29/2017 0:00 | Lin Wensheng | S | -93000.00 | IMMG | 0.803100 | -74690.44 | -71683.56 |
| 3/28/2017 0:00 | Lin Wensheng | S | -664000.00 | IMMG | 0.652800 | -433453.89 | -416080.85 |
| 3/21/2017 0:00 | Lin Wensheng | S | -12500.00 | IMMG | 0.270000 | -3375.00 | -3211.46 |
| 3/15/2017 0:00 | Lin Wensheng | S | -17500.00 | IMMG | 0.254300 | -4450.01 | -4259.71 |
| 3/10/2017 0:00 | Lin Wensheng | S | -10000.00 | IMMG | 0.292500 | -2925.00 | -2782.02 |
| 3/6/2017 0:00 | Lin Wensheng | S | -15000.00 | IMMG | 0.363300 | -5450.00 | -5219.96 |
| 2/21/2017 0:00 | Lin Wensheng | S | -22000.00 | IMMG | 0.450000 | -9900.00 | -9490.93 |
| 2/13/2017 0:00 | Lin Wensheng | S | -5000.00 | IMMG | 0.600000 | -3000.00 | -2869.25 |
| 2/10/2017 0:00 | Lin Wensheng | S | -15000.00 | IMMG | 0.548700 | -8230.01 | -7888.64 |
| 2/7/2017 0:00 | Lin Wensheng | S | -7000.00 | IMMG | 0.677100 | -4740.00 | -4515.63 |
| 2/1/2017 0:00 | Lin Wensheng | S | -78500.00 | IMMG | 0.775500 | -60874.00 | -58420.38 |
| 1/31/2017 0:00 | Lin Wensheng | S | -5235.00 | IMMG | 0.440000 | -2303.40 | -2198.47 |
| 8/18/2016 0:00 | Lin Wensheng | S | -2000.00 | IMMG | 0.420000 | -840.00 | -777.46 |
| 8/10/2016 0:00 | Lin Wensheng | S | -165.00 | IMMG | 0.420000 | -69.30 | -18.57 |
| 7/18/2016 0:00 | Lin Wensheng | S | -2000.00 | IMMG | 0.420000 | -840.00 | -751.08 |
| 6/15/2016 0:00 | Lin Wensheng | S | -650.00 | IMMG | 0.420000 | -273.00 | -253.52 |
| 6/14/2016 0:00 | Lin Wensheng | S | -1000.00 | IMMG | 0.400000 | -400.00 | -377.85 |
| 3/4/2016 0:00 | Lin Wensheng | S | -2500.00 | IMMG | 0.310000 | -775.00 | -739.65 |
| 2/18/2016 0:00 | Lin Wensheng | S | -4400.00 | IMMG | 0.400000 | -1760.00 | -1696.54 |
| 12/21/2015 0:00 | Lin Wensheng | S | -1500.00 | IMMG | 0.400000 | -600.00 | -571.80 |
| 11/20/2015 0:00 | Lin Wensheng | S | -50.00 | IMMG | 0.400000 | -20.00 | -9.38 |
| 11/19/2015 0:00 | Lin Wensheng | S | -3000.00 | IMMG | 0.350000 | -1050.00 | -1008.12 |
| 9/14/2015 0:00 | Lin Wensheng | S | -2000.00 | IMMG | 0.165000 | -330.00 | -294.98 |