# EXHIBIT W

**To:** chenslsls@sina.com[chenslsls@sina.com]
**From:** Jimmy Sung
**Sent:** Wed 4/19/2017 11:09:08 AM
**Importance:** Normal
**Subject:** IMMG

Sheng Li,


To reiterate our conversation, we do not trade stocks in the GREY MARKET. Until the stock is lifted up in the OTC Markets as PINK or above, we will not be able to trade the shares for you.


Jim Sung

Primary Capital LLC

90 Broad Street, 9th Floor

New York, NY 10004


Main: 212-300-0060  Direct: 212-300-0068

Fax: 212-731-0255

www.primaryllc.com


Primary Capital LLC does not accept orders via any form of electronic communication. An order sent by email, fax, voicemail or instant message is not deemed to be received until a representative verifies the order details with a phone call to the client or otherwise acknowledges receipt of the order.


Primary Capital LLC is registered with the Securities and Exchange Commission (SEC), and a member of both the Financial Industry Regulatory Authority (FINRA) and the Securities Investor Protection Corporation (SIPC).


This electronic transmission contains information that may be confidential or proprietary,

or protected by the Broker/Dealer-client privilege or work product doctrine.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents hereof is strictly prohibited.  If you have received this transmission in error notify Primary Capital at 212-300-0060.

SEC-PrimCap-E-0000213