USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Securities and Exchange Commission,

        Plaintiff,

- against -

Wensheng Lin and Sheng Li Chen,

        Defendants.

1:17-cv-03054-VEC

**PARTIAL SATISFACTION OF MONETARY PORTION OF AMENDED FINAL JUDGMENT AGAINST WENSHENG LIN**

WHEREAS an Amended Final Judgment (DN 27) was entered in the above action on the 25th day of August, 2017, in favor of the Plaintiff Securities and Exchange Commission (the "Commission") and (1) against the Defendant Wensheng Lin for disgorgement of $1,220,649.56, prejudgment interest of $3,449.54, and a civil penalty of $1,000,000.00, and (2) against the Defendant Sheng Li Chen for disgorgement of $582,728.79, prejudgment interest of $942.26, and a civil penalty of $500,000.00, and

WHEREAS the Amended Final Judgment directed Glendale Securities, LLC to turn over to the Commission all cash assets in the Defendant Wensheng Lin's brokerage account, and

WHEREAS Glendale Securities, LLC has turned over to the Commission the amount of $703,193.24 and the Commission has credited this payment to the amount of disgorgement due to the Commission,

THEREFORE partial satisfaction of the monetary portion of said Amended Final Judgment against the Defendant Wensheng Lin is hereby acknowledged, the Commission having applied $500,000.00 of the payment to fully satisfy the amount of the civil penalty, having applied $942.26 of the payment to fully satisfy the amount of prejudgment interest, and having applied $202,250.98 of the payment to partially satisfy the amount of disgorgement, so that the remaining amount of disgorgement due and owing to the Commission from the Defendant Wensheng Lin is $380,477.81.

and the Clerk of the Court is hereby authorized and directed to make an entry of partial satisfaction of the monetary portions of the Amended Final Judgment as to the Defendant Wensheng Lin only, as set forth in herein on the docket of said Amended Final Judgment.

And the Commission further acknowledges that Glendale Capital, LLC has fully complied with its obligations pursuant to the Amended Final Judgment.

Dated:    New York, New York
November 30, 2017

                                            JOHN J. GRAUBARD
                                            Senior Trial Counsel
                                            Securities and Exchange Commission
                                            New York Regional Office
                                            200 Vesey Street, Room 400
                                            New York, NY 10281-1022
                                            Tel.:    212-336-0084
                                            Fax:   212-336-1323
                                            E-mail: graubardj@sec.gov

STATE OF NEW YORK           )
                                    ) ss.:
COUNTY OF NEW YORK      )

On the 30th day of November, 2017, before me personally came John J. Graubard, to me known and known by me to be a Senior Trial Counsel employed by the Plaintiff Securities and Exchange Commission in the above-entitled action, and to be the same person described in and who executed the within Partial Satisfaction of Monetary Portions of Judgment, and acknowledged to me that he executed the same and acted on behalf of said Securities and Exchange Commission, being duly authorized.

Notary Public

BENEDICT R. JACKSON
Notary Public, State of New York
No. 01JA6130327
Qualified in Kings County
Commission Expires July 18, 2021